UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                     *

SENS MECHANICAL, INC.,                     *       Case No. 17-20880
                                                   Chapter 7
      Debtor.                          *

*    *    *    *    *    *    *    *    *    *    *    *    *    *

**<u>ORDER APPROVING COMPROMISE AND SETTLEMENT</u>**

Upon consideration of Monique D. Almy's ("<u>Trustee</u>") Motion for Approval of Compromise and Settlement ("<u>Motion</u>"), as supported by the Almy Declaration,[1] and for good cause appearing, this Court finding:

    A.    This Court has jurisdiction over the Motion and authority to enter this Order.

    B.    Notice of the Motion has been given to all creditors, and no further notice is necessary or required under the circumstances.

    C.    The Parties have acted in good faith in negotiating and entering into the Settlement Agreement.

    D.    The relief sought in the Motion is in the best interests of the Estate and its creditors.

---

[1] All capitalized terms in this Order shall have the meanings ascribed to them in the Motion and Almy Declaration.

Based on the foregoing findings of fact, and this Court having determined that the factual and legal bases set forth in the Motion establish good and sufficient cause for the relief granted herein, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the proposed Settlement Agreement attached as <u>Exhibit 1</u> to the Almy Declaration, including, but not limited to, the allocation of the Settlement Payment, is hereby APPROVED in its entirety; and it is further

**ORDERED**, that the Trustee is authorized to execute the Settlement Agreement in the form attached as <u>Exhibit 1</u> to the Almy Declaration and to take any action necessary to effectuate the terms of the Settlement Agreement; and it is further

**ORDERED**, that the compromise and settlement as set forth in the Settlement Agreement is approved in its entirety pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure as reasonable and in the best interests of the Estate of Sens Mechanical, Inc. and its creditors; and it is further

**ORDERED**, that the stay imposed by Bankruptcy Rule 6004(h) is hereby WAIVED so that the Trustee can consummate the settlement as expeditiously as possible; and it is further

**ORDERED**, that this Court shall retain exclusive jurisdiction to interpret and enforce the terms of the Settlement Agreement and sale and to resolve any disputes in connection therewith.

cc:    Debtor – Sens Mechanical, Inc.
       Co-Counsel to Debtor – Richard H. Gins, Esquire
       Co-Counsel to Debtor – Daniel M. Press, Esquire
       Chapter 7 Trustee - Monique D. Almy, Esquire
       Counsel for Trustee – Randall L. Hagen, Esquire
       Co-Counsel to Plaintiffs -- Christopher G. Hoge, Esquire
       Co-Counsel to Plaintiffs – Wes P. Henderson, Esquire
       Office of the U.S. Trustee
       All creditors

**End of Order**

DCACTIVE-80093250.1