**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

* * * * * * * * * * * * *

**TRUSTEE'S NOTICE OF PROPOSED COMPROMISE AND SETTLEMENT**

    **PLEASE TAKE NOTICE** that on July 3, 2025, Monique D. Almy, the Chapter 7 trustee herein ("Trustee"), on behalf of the bankruptcy estate of Sens Mechanical, Inc. ("SMI," "Debtor" or "Estate"), has filed a motion for approval of compromise and settlement ("Motion"), by and between the Trustee and Sens, Inc. ("Plaintiffs"), on the one hand, and Whiteford Taylor & Preston, LLP and Thomas C. Beach, III (collectively, "WTP"), on the other hand.

    The main elements of the proposed compromise and settlement ("Settlement Agreement") include:[1]

> Settlement of Claims: The Plaintiffs, including all creditors of the Estate, have potential claims against WTP in connection with WTP's representation of Sens and advice provided to Sens relating to the Project. The Settling Parties agree to settle any and all claims, demands, obligations, actions, and causes of action at law or in equity that the Plaintiffs could have asserted against WTP arising out of the Settled Claims in consideration of the payment of the total sum of **$2,000,000.00** ("Settlement Payment"), which shall be allocated as follows: One Million Dollars ($1,000,000) to Sens, Inc. and One Million Dollars ($1,000,000) to Monique Almy, as the Chapter 7 Trustee for SMI. The Settlement Payment shall be paid to and held in the escrow account of Plaintiffs' counsel Wes Henderson until further order of the Court; upon the Court's approval and deduction of Plaintiffs' counsel's fees and the litigation expenses incurred by Roy and Melanie Sens, then the net amount shall be paid to the Trustee and held in escrow until distributed in accordance with a proposed distribution, including the Trustee's counsel fees and commission, which shall be noticed to creditors and filed with the Court for approval. It is anticipated that the remaining

---

[1] To the extent there is any inconsistency between the description in this Notice of the main elements of the settlement and the actual terms and provisions of the Settlement Agreement, the terms and provisions of the Settlement Agreement shall control. There are other terms and provisions in the Settlement Agreement in addition to those described in this Notice. Capitalized terms used, but not defined in this Notice, shall have the meanings ascribed to them in the Settlement Agreement.

1

balance of the Settlement Payment will go to pay a portion of the Sureties' Secured Claim without distribution to general unsecured creditors.

<u>Mutual Releases</u>: On the effective date of the Settlement Agreement, and subject to the conditions thereto and to the concurrent delivery of the Settlement Payment to the Trustee, (i) the Plaintiffs (on behalf of themselves, their predecessors and successors, agents (including attorneys), insureds, servants, employees, heirs, executors, administrators, trustees, and assigns), and (ii) WTP (on behalf of itself, its predecessors and successors, agents (including attorneys), insureds, servants, employees, heirs, executors, administrators, trustees, and assigns), hereby release, waive and forever discharge and exonerate each other, all of their agents, affiliates, subsidiaries, servants, employees, shareholders, employers, stockholders, officers, directors, members, partners, associates, insurers, past and present and all of their predecessors and successors, and all of their executors, administrators and/or assigns (collectively, "<u>Released Parties</u>" and individually a "<u>Released Party</u>") of and from all and every manner of acts and actions, cause and causes of actions, suits, arbitrations, mediations, conciliations, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims and demands whatsoever in law or in equity, which against any of the Released Parties any of the other Released Parties ever had, now has, or their predecessors and successors, heirs, executors, administrators, assigns, related entities, persons and/or entities hereafter can, shall or may have, from the beginning of the world to the effective date of the Settlement Agreement, whether known or unknown, suspected or unsuspected, fixed or contingent, including but not limited to those that were or could have been asserted in connection with the Dispute, Project and/or Action. In addition, as part of the foregoing, within ten (10) days of the transmittal of the Settlement Payment to the Trustee, WTP shall file a Satisfaction of Judgment in the matter of *Whiteford, Taylor & Preston, LLP v. Sens, Inc.*, Case No.: C-23-CV-17-000399, pending in the Circuit Court for Worcester County.

<u>Approval by Bankruptcy Court</u>: The proposed compromise and settlement is contingent on approval by the Bankruptcy Court.

<u>Bankruptcy Jurisdiction</u>: This Court shall retain exclusive jurisdiction to interpret and enforce the terms of the Settlement Agreement and resolve any related disputes.

As more fully explained in the Motion, the Trustee believes that the proposed settlement agreement will avoid further cost or uncertainty of continuing the Action regarding the Plaintiffs'

potential claims against WTP, and, therefore, the proposed settlement agreement is reasonable and in the best interests of the Estate and its creditors.

The Motion and supporting papers are available for review at the offices of the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; the Motion and supporting papers also can be reviewed by accessing the Court's website at www.mdb.uscourts.gov or by contacting the undersigned counsel to the Trustee.

**NOTICE IS FURTHER GIVEN that any objection or other response to the Motion must be filed by no later than July 21, 2025.** Any objection must be filed with the Clerk, U.S. Bankruptcy Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, 8th Floor, Baltimore, MD 21201. A copy of any such objection must be served on the undersigned at the address noted below. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. If any objection is filed, then it must contain a complete specification of the factual and legal grounds on which the objection is based. The Court may conduct a hearing or determine the matter without a hearing. If no timely objection is filed, the Motion may be approved without further notice or hearing.

Your rights may be affected. You should read this notice carefully and discuss it with your attorney, if you have one.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. THE COURT MAY IN ITS DISCRETION RULE ON THE MOTION WITHOUT SCHEDULING A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief sought therein.

**ANY PARTY IN INTEREST WITH QUESTIONS REGARDING THE MOTION MAY CONTACT THE UNDERSIGNED COUNSEL TO THE TRUSTEE.**

Dated: July 3, 2025

*/s/ Randall L. Hagen*
Randall L. Hagen (Bar No. 08099)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2712
Facsimile: (202) 628-5116
*Counsel for Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 3, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice* will be served electronically by the Court's CM/ECF system on the following:

> Monique D. Almy
> Michael E. Crowson
> Augustus T. Curtis
> Alan M. Grochal
> Michael J. Klima
> Eric G. Korphage
> Marissa K. Lilja
> Patrick Michael Pike
> Daniel M. Press
> David Sommer
> U.S. Trustee – Baltimore
> Gerard R. Vetter

I HEREBY FURTHER CERTIFY that on July 3, 2025, a copy of the foregoing *Notice* was served via U.S. First Class mail, postage prepaid, on:

> Sens Mechanical, Inc.
> 10135 Pin Oak Drive
> Berlin, MD  21811
>
> Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
> 4515 N Santa Fe Ave. Dept. APS
> Oklahoma City, OK 73118
>
> Christopher G. Hoge, Esquire
> Crowley, Hoge & Fein, P.C.
> 1211 Connecticut Avenue, NW, Suite 300
> Washington, DC 20036
> Co-Counsel to Plaintiffs
>
> Wes P. Henderson, Esquire
> Henderson Law, LLC
> 2127 Espey Court, Suite 204
> Crofton, MD 21114
> Co-Counsel to Plaintiffs
>
> Office of the U.S. Trustee
> 101 W. Lombard Street, Suite 2625
> Baltimore, MD 21201

and to all parties on the Court's mailing matrix.

*/s/ Randall L. Hagen*
Randall L. Hagen

DCACTIVE-80093474.1

Label Matrix for local noticing
0416-1
Case 17-20880
District of Maryland
Baltimore
Wed Jul  2 18:06:01 EDT 2025

Absolute Security
300 Mill Street
Salisbury, MD 21801-4202

Aireco Supply
9120 Washington St
Savage, MD 20763

Alban Tractor Co.
PO Box 64251
Baltimore, MD 21264-4251

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

American Express
c/o Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1008

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Anthony J. DiPaula
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, MD 21014-3703

Auto Zone
PO Box 791409
Baltimore, MD 21279-1409

AutoZone Inc
PO BOX 10 DEPT 9003
MEMPHIS, TN 38101-0010

Bel Air Road Supply Co., Inc.
c/o William A. Hahn, Jr.,
Attorney for Creditor
502 Washington Ave., Suite #710
Towson, MD 21204-4547

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Builders Supply of Delmarva, Inc
21528 Baltimore Ave
Georgetown, DE 19947-6376

CRITIGAL SYSTEMS, LLC
C/O COHEN BALDINGER
ATTN: AUGUSTUS T. CURTIS
2600 TOWER OAKS BLVD., STE. 103
ROCKVILLE, MD 20852-4281

CSC
711 Centerville Rd
Wilmington, DE 19808

Calvin B. Taylor Bank
24 N. Main Street
Berlin, MD 21811-1029

Calvin B. Taylor Banking Co.
c/o Tydings & Rosenberg
One East Pratt Street
Suite 901
Baltimore, MD 21202-1249

Calvin B. Taylor Banking Company
c/o Alan M. Grochal, Esq.
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202-1249

Capital Lighting Supply
12850 Middlebrook Rd, Suite 225
Germantown, MD 20874-5279

Card's Computers 11004
11004 Manklin Measows Ln, Unit #1
Ocean Pines, MD 21811-9313

Cards Technology
c/o Heather E. Stansbury, Esq.
6200 Coastal Highway, Suite 200
Ocean City, MD 21842-6697

Aaron L. Casagrande
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202-1160

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Caterpillar Financial Services Corporation
c/o Cara C. Murray, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul St., 15th Floor
Baltimore, MD 21202-1636

Caterpillar Financial Services Corporation
c/o Cara C. Murray, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1636

Chase Bank
PO Box 15123
Wilmington, DE 19850-5123

Christopher Pupillo
PO Box 323
510 West Street
Clayton, DE 19938-0323

Church Street Supply Co Inc.
5437 Church Street
Chincoteague, VA 23336-3401

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

County Insulation
461 New Churchman's Rd
New Castle, DE 19720-3186

Critical Systems
c/o Shaner & Helf, LLC
7315 Wisconsin Avenue Suite 800 West
Bethesda, MD 20814-3202

Michael D. Crowson
The Law Firm Of Shaw & Crowson, P.A.
913-B Snow Hill Road
P.O. Box 448
Salisbury, MD 21803-0448

Augustus T. Curtis
Cohen, Baldinger & Greenfeld, LLC
2600 Tower Oaks Blvd.
Suite 290
Rockville, MD 20852-4380

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DW Burt Const Co
c/o Ernest Cornbrook III, Esquire
715 Broad Street
Salisbury, MD 21801

Delmarva Power Bankruptcy Division
5 Collins Drive,
Suite 2133 MailStop 84CP42
Carneys Point, NJ 08069-3600

Eric Butler
352 Carey Ave
Salisbury, MD 21804-5210

Exxon Mobile Fleet National
Wex Bank 6293
Carol Stream, IL 60197-6293

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o Michael J. Klima, Jr.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122-1360

Ford Motor Credit Company, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company, LLC, c/o AIS Por
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Jerry Downes
14070 Pepperbox Road
Delmar, DE 19940-4148

Gilespe Precast LLC
c/o Stephen Z. Mehan, Esquire
208 High Street, Suite 200
Chestertown, MD 21620-1518

Grainger Inc.
303 S. Main Street, Lower Level
Mount Airy, MD 21771-5394

Alan M. Grochal
Tydings and Rosenberg
1 East Pratt Street
Suite 901
Baltimore, MD 21202-1249

H&B Products
12500 Baltimore Avenue
Unit F
Beltsville, MD 20705-6353

Randall L. Hagen
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Wes Henderson
Crowley, Hodge & Fein, PC
1211 Connecticut Avenue, NW
Washington, DC 20036-2701

Industrial Lighting Holding Co.
8325 Patuxent Range Rd
Jessup, MD 20794-9314

Interline Brands, Inc. dba Barnett
c/o Interline Brands, Inc. - Bankruptcy
801 West Bay Street
Jacksonville, FL 32204-1605

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Island Hotel Properties, Inc.
c/o David G. Sommer, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles Street
Suite 400
Baltimore, MD 21201-4033

Island Hotel Properties, Inc.
dba Hampton Inn & Suites
c/o David G. Sommer, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201-4033

JMG Realty
d/b/a Addison Court Apartments
c/o Michael E. Crowson, Esq.
112 W. Main Street, Suite 303
Salisbury, MD 21801-4838

Jeff Smith
36956 Purnell Crossing Road
Willards, MD 21874-1296

Jose Gonzalez
PO Box 1174
Selbyville, DE 19975-1174

Steven Conley
1374 Nichols Road
Federalsburg, MD 21632-2321

Kevin Scott
20357 Duncan Manor Drive
Onancock, VA 23417-4319

Michael J. Klima Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122-1360

| | | |
|---|---|---|
| Eric G. Korphage<br>Pike & Gilliss, LLC<br>600 Washington Ave.<br>Ste. 303<br>Towson, MD 21204-3924 | Marissa Douillet<br>Tydings & Rosenberg LLP<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202-1249 | John F. Moons<br>Gorfine, Schiller & Gardyn, PA<br>10045 Red Run Blvd Suite 250<br>Owings Mills, MD 21117-5907 |
| Merlin Business Bank<br>500 Fellowship Rd.<br>Mount Laurel, NJ 08054-1201 | Modern Controls Inc.<br>7 Bellecor Drive<br>New Castle, DE 19720-1763 | National Funding<br>9820 Towne Centre Drive<br>San Diego, CA 92121-1912 |
| National Funding<br>c/o Jack Fogelman<br>PrimeCor Group<br>80 Marietta Hgwy #630<br>Roswell, Georgia 30075-6776 | Noland Company<br>c/o Robert G. Schuster, Esquire<br>12850 Middlebrook Rd, Suite 225<br>Germantown, MD 20874-5279 | Noland Company - Salisbury<br>c/o Robert G. Shuster, Esq.<br>12850 Middlebrook Road<br>Suite 225<br>Germantown, Maryland 20874-5279 |
| Paul & Annette Sens<br>11603 Bay Landing Drive<br>Berlin, MD 21811-2424 | Phoenix Metals<br>1920 Portal Street<br>Baltimore, MD 21224-6513 | Patrick Michael Pike<br>White and Williams, LLP<br>600 Washington Avenue<br>Ste 303<br>Towson, MD 21204-3924 |
| Pin Oaks Property, LLC<br>10135 Pin oak Drive<br>Berlin, MD 21811-3404 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 |
| Pro Tab<br>1021 Michaels Meadows Dr<br>Hampstead, MD 21074-2420 | Republic Services<br>9140 Ocean Way<br>Delmar, MD 21875-2333 | Robert Hatfield<br>28121 Pitts Creek Road<br>New Church, VA 23415-3535 |
| Roberts Oxygen Co.<br>1564 Standish Pl #100<br>Derwood, MD 20855-2769 | Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 | Sens Mechanical, Inc.<br>10135 Pin Oak Drive<br>Berlin, MD 21811-3404 |
| Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sheffield Financial<br>PO Box 580229<br>Charlotte, NC 28258-0229 | Sherwin Williams<br>c/o DeHaan & Bach<br>25 Whitney Drive Suite 106<br>Mikford, OH 46150 |
| David Sommer<br>Gallagher Evelius & Jones<br>218 N. Charles Street<br>Suite 400<br>Baltimore, MD 21201-4033 | State Auto Insurance<br>PO Box 182738<br>Columbus, OH 43218-2738 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| Stewart Allen<br>5950 E New Market/ Elwood Road<br>Hurlock, MD 21643-3345 | Sussex Lumber<br>PO Box 509<br>Millsboro, DE 19966-0509 | Tecta America East LLC<br>302 S. Division Street<br>Fruitland, MD 21826-1908 |

(p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF
36 S CHARLES STREET FOURTH FLOOR
BALTIMORE MD 21201-3020

U.S. Specialty Insurance Company
13403 Northwest Parkway
Houston, TX 77040-6006

US Trustee
101 West Lombard Street #2625
Baltimore, MD 21201-2668

US Surety Co.
513 Lemon Hill Lane
Salisbury, MD 21801-4238

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

United Products Distr, Inc.
1200 86th Street
Rosedale, MD 21237

United Products Distributors, Inc.
Law Offices of Anthony J. DiPaula, P.A.
14 South Main Street
Bel Air, MD 21014-3703

United States Surety Company
U.S. Specialty Insurance Company
801 South Figueroa St., Ste. 700
Los Angeles, CA 90017-2523

United States Surety Company and U. S.
Specialty Insurance
Patrick M. Pike Esq.
600 Washington Avenue, Suite 303
Towson, MD 21204-3924

Verizon Landline
PO Box 4830
Trenton, NJ 08650-4830

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Gerard R. Vetter
DOJ-Ust
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Waldron of Maryland, Incorporated
c/o Max S. Stadfeld, Esquire
St. Paul Street, 18th Floor
Baltimore, MD 21202-1639

William Loughrey
10780 Cathell Road
Berlin, MD 21811-3129

Worchester County Solicitor
Room 112 Courthouse
One West Market Street
Snow Hill, MD 21863-1188

michael conley
109 n washington st
easton, MA 21601-3708

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization
Sec. & Exch. Commission
3475 Lenox Road NE (Suite 1000)
Atlanta, GA 30327-1232

Cat Financial Services Corp
PO Box 13834
Newark, NJ 07188

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411

(d)Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Ford Credit
National Bankruptcy Center
PO Box 62180
Colorado Springs, CO 80962

(d)Ford Motor Credit Company LLC
P.O. BOX 62180
COLORADO SPRINGS, CO 80962

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2523, LLC<br>INVALID ADDRESS PROVIDED | (u)Critical Systems LLC | (d)Ford Motor Credit Company, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (u)Nationwide Credit<br>INVALID ADDRESS PROVIDED | (u)United Healthcare<br>INVALID ADDRESS PROVIDED | (u)United States Surety Company |
| (u)Virginia Dept of Taxation | End of Label Matrix<br>Mailable recipients   105<br>Bypassed recipients     7<br>Total                         112 | |