# **EXHIBIT B**

(Itemized Expenses)

DCACTIVE-80730712.1

| PAID BY CLIENT | |
|---|---|
| Hon. Diane O. Leasure/Mediator | $2,937.50 |
| Veritext - David Rainey | $989.00 |
| Veritext - Roy Sens | $2,368.95 |
| Veritext - Nick Fornaro | $1,019.50 |
| Veritext - Gary Rosen, CPA | $1,518.35 |
| Kagan Stern - SOC Expert | $17,212.89 |
| Hon. Diane O. Leasure/Mediator | $1,250.00 |
| CBIZ - Economic Expert | $98,617.89 |
| Irwin Reporting - Adam Cizek, Esq. | $691.25 |
| Hillman, Brown & Darrow - Expert | $1,550.50 |
| CHF (partial transcript) | $1,250.00 |
| Lex Group VA - 4th Circuit | $561.58 |
| **CLIENT TOTAL** | **$129,967.41** |

| PAID BY HENDERSON LAW | |
|---|---|
| Online research | $2.40 |
| Postage | $19.90 |
| Photocopying | $90.15 |
| Filing Fees | $10.35 |
| USB Drives | $2.20 |
| Local Travel | $21.17 |
| **HENDERSON LAW TOTAL** | **$146.17** |

| PAID BY Crowley, Hoge & Fein, P.C. | |
|---|---|
| Depos underlying surety matter | $4,723.47 |
| Outside Copying | $71.55 |
| Planet Depos - Roy Sens | $383.95 |
| Postage | $3.42 |
| Veritext - Transcripts/BK Hearings | $878.35 |
| **CROWLEY, HOGE & FEIN TOTAL** | **$6,060.74** |

| OUTSTANDING | |
|---|---|
| Irwin Reporting - Thomas Beach, Esq. | $920.35 |
| Irwin Reporting - Thomas Collier, Jr. | $572.00 |
| Veritext - Jonathan Kagan | $1,514.38 |
| Kagan Stern - SOC Expert | $5,122.50 |
| CBIZ - Economic Expert | $52,067.10 |
| Irwin Reporting - Steven Purdy | $691.25 |
| **TOTAL OUTSTANDING** | **$60,887.58** |

Case 17-20880   Doc 150-2   Filed 07/03/25   Page 3 of 3