UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING FIRST AND FINAL APPLICATION OF SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE SEEKING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 28, 2020, THROUGH MAY 30, 2025**

Upon consideration of the First and Final Application ("Application") of Crowley, Hoge & Fein, P.C. ("CHF") and Henderson Law, LLC ("HL") (CHF and HL, collectively, the "Applicants"), as special litigation counsel to Monique D. Almy, the Chapter 7 trustee for the bankruptcy estate of Sens Mechanical, Inc. (the "Debtor" or "Estate"), and any response thereto, and good cause appearing, it is hereby[1]

**ORDERED**, that the Application is GRANTED; and it is further

---

[1] All capitalized terms undefined herein shall have the meaning given them in the Application.

DCACTIVE-80730307.1

**ORDERED**, that the Applicants be awarded final compensation and reimbursement of expenses in the total amount of $286,436.80 (comprised of $283,333.34 in fees and $3,103.46 in expenses) for the period July 28, 2020, through May 30, 2025, representing the reduced fees and disbursements sought in the Application from the $1 million Estate Share;

**ORDERED,** that the Applicants be authorized to withdraw from escrow the sum of $286,436.80, representing the reduced fees and disbursements sought in the Application from the $1 million Estate Share;

**ORDERED,** that HL shall withdraw from the escrow and remit the sum of $64,983.71 to Roy Sens, which represents reimbursement of one-half of the Roy Sens Expenses, from the $1 million Estate Share; and

**ORDERED,** that HL shall withdraw from the escrow and remit the sum of $30,443.79 to the vendors identified on Exhibit B to the Application, which represents reimbursement of one-half of the Vendor Expenses, from the $1 million Estate Share.

cc: Debtor – Sens Mechanical, Inc.
      Co-Counsel to Debtor – Richard H. Gins, Esquire
      Co-Counsel to Debtor – Daniel M. Press, Esquire
      Chapter 7 Trustee - Monique D. Almy, Esquire
      Counsel for Trustee – Randall L. Hagen, Esquire
      Co-Counsel to Plaintiffs -- Christopher G. Hoge, Esquire
      Co-Counsel to Plaintiffs – Wes P. Henderson, Esquire
      Office of the U.S. Trustee
      All creditors

**End of Order**