**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING FIRST AND FINAL APPLICATION OF SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE SEEKING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 28, 2020, THROUGH MAY 30, 2025**

**PLEASE TAKE NOTICE** that on July 3, 2025, Crowley, Hoge & Fein, P.C. ("CHF") and Henderson Law, LLC ("HL") (CHF and HL, collectively, the "Applicants"), as special litigation counsel to Monique D. Almy, the Chapter 7 trustee for the bankruptcy estate of Sens Mechanical, Inc. (the "Debtor" or "Estate"), filed their first and final application ("Application") requesting an allowance of compensation and reimbursement of expenses from the Estate for the period of July 28, 2020, through May 30, 2025.

The Applicants' services stemmed from the Trustee's pursuing the Estate's portion of legal malpractice claims against Attorney Thomas C. Beach, III, and the law firm of Whiteford, Taylor & Preston LLP (the "Defendants"), in connection with their representation of the Debtor in a contract dispute. In February 2020, a lawsuit was filed in the Circuit Court for Howard County, styled as *Sens, Inc., et al. v. Whiteford, Taylor & Preston, LLP, et al.*, Case No. C-13-CV-20-000231 (the "Action"). Defendants removed the Action to the U.S. Bankruptcy Court for the District of Maryland (the "Bankruptcy Court"), and on July 28, 2020, the Trustee, on behalf of the Estate, joined the Action as one of two plaintiffs, the other being Sens, Inc.

With the approval of the Bankruptcy Court, the Trustee retained the Applicants as special counsel to continue prosecuting the Action on a contingency fee arrangement that provided for the Applicants, collectively, to receive one-third (1/3) of all amounts recovered in the Action, *prior to* deduction of any costs or expenses. The Applicants vigorously prosecuted the Action on behalf of the Trustee to recover and liquidate assets of the Estate.

The Application seeks an interim and final allowance of compensation, after discretionary reductions, for services rendered to the Trustee, as well as reimbursement of expenses incurred in connection therewith (but only *one-half* of the total fees and expenses, with the other half to be paid by co-plaintiff Sens Inc.). Specifically, the Applicants seek allowance and reimbursement in the following amounts:

1

| | |
|---|---|
| Fees: | $283,333.34 |
| Applicants' Expenses: | $3,103.46 |
| Roy Sens' Expenses: | $64,983.71 |
| Vendor Expenses: | <u>$30,443.79</u> |
| TOTAL: | $381,864.30 |

As more fully explained in the Application, the Applicants believe that the compensation and reimbursement of expenses requested are reasonable in view of the nature and extent of the services rendered and the results achieved. The Application and supporting time records are available for review at the offices of the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; the Application and supporting papers also can be reviewed by accessing the Court's website at <u>www.mdb.uscourts.gov</u> or by contacting the undersigned.

<u>Your rights may be affected</u>. You should read this notice carefully and discuss it with your attorney, if you have one.

**NOTICE IS FURTHER GIVEN that any party in interest wishing to oppose the Application MUST file an <u>objection in writing</u>, specifically stating the factual and legal nature of the objection. Any such objection MUST be filed with the Clerk, United States Bankruptcy Court for the District of Maryland (Baltimore Division), U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, <u>and</u> a copy thereof served on the undersigned, ON OR BEFORE <u>July 21, 2025</u>. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. THE COURT MAY IN ITS DISCRETION RULE ON THE APPLICATION WITHOUT SCHEDULING A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the relief sought.

**ANY PARTY IN INTEREST WITH QUESTIONS REGARDING THE APPLICATION MAY CONTACT THE UNDERSIGNED.**

Dated: July 3, 2025    */s/ Christopher G. Hoge*
Christopher G. Hoge
Crowley, Hoge & Fein, P.C.
1211 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
*Co-Special Counsel for Chapter 7 Trustee*

*/s/ Wes P. Henderson*
Wes P. Henderson
Henderson Law, LLC
2127 Espey Court, Suite 204
Crofton, MD 21114
*Co-Special Counsel for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice* will be served electronically by the Court's CM/ECF system on the following:

> Monique D. Almy
> Michael E. Crowson
> Augustus T. Curtis
> Alan M. Grochal
> Michael J. Klima
> Eric G. Korphage
> Marissa K. Lilja
> Patrick Michael Pike
> Daniel M. Press
> David Sommer
> U.S. Trustee – Baltimore
> Gerard R. Vetter

I HEREBY FURTHER CERTIFY that on July 3, 2025, a copy of the foregoing *Notice* was served via U.S. First Class mail, postage prepaid, on:

> Sens Mechanical, Inc.
> 10135 Pin Oak Drive
> Berlin, MD  21811
>
> Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
> 4515 N Santa Fe Ave. Dept. APS
> Oklahoma City, OK 73118
>
> Office of the U.S. Trustee
> 101 W. Lombard Street, Suite 2625
> Baltimore, MD 21201

and to all parties on the Court's mailing matrix.

*/s/ Randall L. Hagen*
Randall L. Hagen

3

Label Matrix for local noticing
0416-1
Case 17-20880
District of Maryland
Baltimore
Wed Jul  2 18:06:01 EDT 2025

Absolute Security
300 Mill Street
Salisbury, MD 21801-4202

Aireco Supply
9120 Washington St
Savage, MD 20763

Alban Tractor Co.
PO Box 64251
Baltimore, MD 21264-4251

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

American Express
c/o Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1008

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Anthony J. DiPaula
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, MD 21014-3703

Auto Zone
PO Box 791409
Baltimore, MD 21279-1409

AutoZone Inc
PO BOX 10 DEPT 9003
MEMPHIS, TN 38101-0010

Bel Air Road Supply Co., Inc.
c/o William A. Hahn, Jr.,
Attorney for Creditor
502 Washington Ave., Suite #710
Towson, MD 21204-4547

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Builders Supply of Delmarva, Inc
1528 Baltimore Ave
Georgetown, DE 19947-6376

CRITIGAL SYSTEMS, LLC
C/O COHEN BALDINGER
ATTN: AUGUSTUS T. CURTIS
2600 TOWER OAKS BLVD., STE. 103
ROCKVILLE, MD 20852-4281

CSC
711 Centerville Rd
Wilmington, DE 19808

Calvin B. Taylor Bank
24 N. Main Street
Berlin, MD 21811-1029

Calvin B. Taylor Banking Co.
c/o Tydings & Rosenberg
One East Pratt Street
Suite 901
Baltimore, MD 21202-1249

Calvin B. Taylor Banking Company
c/o Alan M. Grochal, Esq.
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202-1249

Capital Lighting Supply
12850 Middlebrook Rd, Suite 225
Germantown, MD 20874-5279

Card's Computers 11004
11004 Manklin Measows Ln, Unit #1
Ocean Pines, MD 21811-9313

Cards Technology
c/o Heather E. Stansbury, Esq.
6200 Coastal Highway, Suite 200
Ocean City, MD 21842-6697

Aaron L. Casagrande
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202-1160

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Caterpillar Financial Services Corporation
c/o Cara C. Murray, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul St., 15th Floor
Baltimore, MD 21202-1636

Caterpillar Financial Services Corporation
c/o Cara C. Murray, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1636

Chase Bank
PO Box 15123
Wilmington, DE 19850-5123

Christopher Pupillo
PO Box 323
510 West Street
Clayton, DE 19938-0323

Church Street Supply Co Inc.
5437 Church Street
Chincoteague, VA 23336-3401

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

County Insulation
461 New Churchman's Rd
New Castle, DE 19720-3186

Critical Systems
c/o Shaner & Helf, LLC
7315 Wisconsin Avenue Suite 800 West
Bethesda, MD 20814-3202

Michael D. Crowson
The Law Firm Of Shaw & Crowson, P.A.
913-B Snow Hill Road
P.O. Box 448
Salisbury, MD 21803-0448

Augustus T Curtis
Cohen, Baldinger & Greenfeld, LLC
2600 Tower Oaks Blvd.
Suite 290
Rockville, MD 20852-4380

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DW Burt Const Co
c/o Ernest Cornbrook III, Esquire
715 Broad Street
Salisbury, MD 21801

Delmarva Power Bankruptcy Division
5 Collins Drive,
Suite 2133 MailStop 84CP42
Carneys Point, NJ 08069-3600

Eric Butler
52 Carey Ave
Salisbury, MD 21804-5210

Exxon Mobile Fleet National
Wex Bank 6293
Carol Stream, IL 60197-6293

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o Michael J. Klima, Jr.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122-1360

Ford Motor Credit Company, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company, LLC, c/o AIS Por
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Gerry Downes
4070 Pepperbox Road
Delmar, DE 19940-4148

Gilespe Precast LLC
c/o Stephen Z. Mehan, Esquire
208 High Street, Suite 200
Chestertown, MD 21620-1518

Grainger Inc.
303 S. Main Street, Lower Level
Mount Airy, MD 21771-5394

Alan M. Grochal
Tydings and Rosenberg
1 East Pratt Street
Suite 901
Baltimore, MD 21202-1249

H&B Products
12500 Baltimore Avenue
Unit F
Beltsville, MD 20705-6353

Randall L. Hagen
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Wes Henderson
Crowley, Hodge & Fein, PC
1211 Connecticut Avenue, NW
Washington, DC 20036-2701

Industrial Lighting Holding Co.
8325 Patuxent Range Rd
Jessup, MD 20794-9314

Interline Brands, Inc. dba Barnett
c/o Interline Brands, Inc. - Bankruptcy
801 West Bay Street
Jacksonville, FL 32204-1605

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Island Hotel Properties, Inc.
c/o David G. Sommer, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles Street
Suite 400
Baltimore, MD 21201-4033

Island Hotel Properties, Inc.
dba Hampton Inn & Suites
c/o David G. Sommer, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201-4033

JMG Realty
d/b/a Addison Court Apartments
c/o Michael E. Crowson, Esq.
212 W. Main Street, Suite 303
Salisbury, MD 21801-4838

Jeff Smith
36956 Purnell Crossing Road
Willards, MD 21874-1296

Jose Gonzalez
PO Box 1174
Selbyville, DE 19975-1174

Steven Conley
1374 Nichols Road
Federalsburg, MD 21632-2321

Kevin Scott
20357 Duncan Manor Drive
Onancock, VA 23417-4319

Michael J. Klima Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122-1360

```
Eric G. Korphage                Marissa D. Celja               John J. Lyons
Pike & Gilliss, LLC             Tydings & Rosenberg LLP        Gorfine, Schiller & Gardyn, PA
600 Washington Ave.             1 East Pratt Street, Suite 901 10045 Red Run Blvd Suite 250
Ste. 303                        Baltimore, MD 21202-1249       Owings Mills, MD 21117-5907
Towson, MD 21204-3924


Merlin Business Bank            Modern Controls Inc.           National Funding
500 Fellowship Rd.              7 Bellecor Drive               9820 Towne Centre Drive
Mount Laurel, NJ 08054-1201     New Castle, DE 19720-1763      San Diego, CA 92121-1912


National Funding                Noland Company                 Noland Company - Salisbury
c/o Jack Fogelman               c/o Robert G. Schuster, Esquire c/o Robert G. Shuster, Esq.
PrimeCor Group                  12850 Middlebrook Rd, Suite 225 12850 Middlebrook Road
980 Marietta Hgwy #630          Germantown, MD 20874-5279      Suite 225
Roswell, Georgia 30075-6776                                    Germantown, Maryland 20874-5279


Paul & Annette Sens             Phoenix Metals                 Patrick Michael Pike
10603 Bay Landing Drive         1920 Portal Street             White and Williams, LLP
Berlin, MD 21811-2424           Baltimore, MD 21224-6513       600 Washington Avenue
                                                               Ste 303
                                                               Towson, MD 21204-3924


Pin Oaks Property, LLC          Pitney Bowes                   Daniel M. Press
10135 Pin oak Drive             PO Box 371896                  Chung & Press, P.C.
Berlin, MD 21811-3404           Pittsburgh, PA 15250-7896      6718 Whittier Ave., Ste. 200
                                                               McLean, VA 22101-4531


Pro Tab                         Republic Services              Robert Hatfield
1021 Michaels Meadows Dr        9140 Ocean Way                 28121 Pitts Creek Road
Hampstead, MD 21074-2420        Delmar, MD 21875-2333          New Church, VA 23415-3535


Roberts Oxygen Co.              Secretary of the Treasury      Sens Mechanical, Inc.
7564 Standish Pl #100           15 & Pennsylvania Avenue       10135 Pin Oak Drive
Derwood, MD 20855-2769          Washington, DC 20220-0001      Berlin, MD 21811-3404


Sheffield Financial             Sheffield Financial            Sherwin Williams
PO Box 1847                     PO Box 580229                  c/o DeHaan & Bach
Wilson, NC 27894-1847           Charlotte, NC 28258-0229       25 Whitney Drive Suite 106
                                                               Milford, OH 46150


David Sommer                    State Auto Insurance           State of Maryland DLLR
Gallagher Evelius & Jones       PO Box 182738                  Division of Unemployment Insurance
218 N. Charles Street           Columbus, OH 43218-2738        1100 N. Eutaw Street, Room 401
Suite 400                                                      Baltimore, MD 21201-2226
Baltimore, MD 21201-4033


Stewart Allen                   Sussex Lumber                  Tecta America East LLC
3950 E New Market/ Elwood Road  PO Box 509                     302 S. Division Street
Hurlock, MD 21643-3345          Millsboro, DE 19966-0509       Fruitland, MD 21826-1908
```

| | | |
|---|---|---|
| (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | U.S. Specialty Insurance Company<br>13403 Northwest Parkway<br>Houston, TX 77040-6006 | U.S. Trustee<br>101 West Lombard Street #2625<br>Baltimore, MD 21201-2668 |
| US Surety Co.<br>213 Lemon Hill Lane<br>Salisbury, MD 21801-4238 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | United Products Distr, Inc.<br>1200 86th Street<br>Rosedale, MD 21237 |
| United Products Distributors, Inc.<br>Law Offices of Anthony J. DiPaula, P.A.<br>14 South Main Street<br>Bel Air, MD 21014-3703 | United States Surety Company<br>U.S. Specialty Insurance Company<br>801 South Figueroa St., Ste. 700<br>Los Angeles, CA 90017-2523 | United States Surety Company and U. S.<br>Specialty Insurance<br>Patrick M. Pike Esq.<br>600 Washington Avenue, Suite 303<br>Towson, MD 21204-3924 |
| Verizon Landline<br>PO Box 4830<br>Trenton, NJ 08650-4830 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | Gerard R. Vetter<br>DOJ-Ust<br>101 W. Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 |
| Waldron of Maryland, Incorporated<br>c/o Max S. Stadfeld, Esquire<br>1 St. Paul Street, 18th Floor<br>Baltimore, MD 21202-1639 | William Loughrey<br>10780 Cathell Road<br>Berlin, MD 21811-3129 | Worchester County Solicitor<br>Room 112 Courthouse<br>One West Market Street<br>Snow Hill, MD 21863-1188 |
| michael conley<br>109 n washington st<br>easton, MA 21601-3708 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Cat Financial Services Corp<br>PO Box 13834<br>Newark, NJ 07188 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411 |
| (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Ford Credit<br>National Bankruptcy Center<br>PO Box 62180<br>Colorado Springs, CO 80962 | (d)Ford Motor Credit Company LLC<br>P.O. BOX 62180<br>COLORADO SPRINGS, CO 80962 |
| Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2523, LLC<br>INVALID ADDRESS PROVIDED | (u)Critical Systems LLC | (d)Ford Motor Credit Company, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (u)Nationwide Credit<br>INVALID ADDRESS PROVIDED | (u)United Healthcare<br>INVALID ADDRESS PROVIDED | (u)United States Surety Company |
| (u)Virginia Dept of Taxation | End of Label Matrix<br>Mailable recipients   105<br>Bypassed recipients     7<br>Total                 112 | |