United States Bankruptcy Court
District of Maryland

In re: Case No. 17-20880-MCR
Sens Mechanical,Inc. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 5
Date Rcvd: Aug 01, 2025 Form ID: pdfall Total Noticed: 92

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sens Mechanical,Inc., 10135 Pin Oak Drive, Berlin, MD 21811-3404 |
| cr | + | Calvin B. Taylor Banking Co., c/o Tydings & Rosenberg, One East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| cr | + | Caterpillar Financial Services Corporation, c/o Cara C. Murray, Esquire, Whiteford, Taylor & Preston LLP, Seven Saint Paul St., 15th Floor, Baltimore, MD 21202-1636 |
| | + | Christopher G. Hoge, Esquire, Crowley, Hoge & Fein, P.C., 1211 Connecticut Avenue, NW, Suite 300, Washington, DC 20036-2709 |
| cr | + | Island Hotel Properties, Inc., c/o David G. Sommer, Esq., Gallagher Evelius & Jones LLP, 218 N. Charles Street, Suite 400 Baltimore, MD 21201-4033 |
| cr | + | JMG Realty, d/b/a Addison Court Apartments, c/o Michael E. Crowson, Esq., 212 W. Main Street, Suite 303, Salisbury, MD 21801-4838 |
| consult | + | John L. Lyons, Gorfine, Schiller & Gardyn, PA, 10045 Red Run Blvd Suite 250, Owings Mills, MD 21117-5907 |
| | + | Richard H. Gins, 11720 Glen Court, Potomac, MD 20854-1450 |
| sp | + | Wes Henderson, Crowley, Hodge & Fein, PC, 1211 C onnecticut Avenue, NW, Washington, DC 20036-2701 |
| 30257985 | + | Absolute Security, 300 Mill Street, Salisbury, MD 21801-4202 |
| 30257986 | | Aireco Supply, 9120 Washington St, Savage, MD 20763 |
| 30257987 | + | Alban Tractor Co., PO Box 64251, Baltimore, MD 21264-4251 |
| 30257989 | + | Auto Zone, PO Box 791409, Baltimore, MD 21279-1409 |
| 30284117 | + | AutoZone Inc, PO BOX 10 DEPT 9003, MEMPHIS, TN 38101-0010 |
| 30257991 | + | Bel Air Road Supply Co., Inc., c/o William A. Hahn, Jr.,, Attorney for Creditor, 502 Washington Ave., Suite #710, Towson, MD 21204-4547 |
| 30415823 | + | Builders Supply of Delmarva, Inc, 21528 Baltimore Ave, Georgetown, DE 19947-6376 |
| 30258000 | + | CRITIGAL SYSTEMS, LLC, C/O COHEN BALDINGER, ATTN: AUGUSTUS T. CURTIS, 2600 TOWER OAKS BLVD., STE. 103, ROCKVILLE, MD 20852-4281 |
| 30258001 | | CSC, 711 Centerville Rd, Wilmington, DE 19808 |
| 30451295 | + | Calvin B. Taylor Banking Company, c/o Alan M. Grochal, Esq., Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 30257993 | + | Capital Lighting Supply, 12850 Middlebrook Rd, Suite 225, Germantown, MD 20874-5279 |
| 30257994 | + | Card's Computers 11004, 11004 Manklin Measows Ln, Unit #1, Ocean Pines, MD 21811-9313 |
| 30730874 | + | Cards Technology, c/o Heather E. Stansbury, Esq., 6200 Coastal Highway, Suite 200, Ocean City, MD 21842-6697 |
| 30307606 | + | Caterpillar Financial Services Corporation, c/o Cara C. Murray, Esquire, Whiteford, Taylor & Preston LLP, Seven Saint Paul Street, 15th Floor, Baltimore, MD 21202-1636 |
| 30404768 | + | Christopher Pupillo, PO Box 323, 510 West Street, Clayton, DE 19938-0323 |
| 30257997 | + | Church Street Supply Co Inc., 6437 Church Street, Chincoteague, VA 23336-3401 |
| 30257999 | + | County Insulation, 461 New Churchman's Rd, New Castle, DE 19720-3186 |
| 30258003 | | DW Burt Const Co, c/o Ernest Cornbrook III, Esquire, 715 Broad Street, Salisbury, MD 21801 |
| 30258002 | + | Delmarva Power Bankruptcy Division, 5 Collins Drive,, Suite 2133 MailStop 84CP42, Carneys Point, NJ 08069-3600 |
| 30258004 | | Exxon Mobile Fleet National, Wex Bank 6293, Carol Stream, IL 60197-6293 |
| 30404769 | + | Gerry Downes, 14070 Pepperbox Road, Delmar, DE 19940-4148 |
| 30258006 | + | Gilespe Precast LLC, c/o Stephen Z. Mehan, Esquire, 208 High Street, Suite 200, Chestertown, MD 21620-1518 |
| 30258007 | + | Grainger Inc., 303 S. Main Street, Lower Level, Mount Airy, MD 21771-5394 |
| 30515518 | + | H&B Products, 12500 Baltimore Avenue, Unit F, Beltsville, MD 20705-6353 |
| 30257990 | + | Interline Brands, Inc. dba Barnett, c/o Interline Brands, Inc. - Bankruptcy, 801 West Bay Street, Jacksonville, FL 32204-1605 |
| 30459728 | + | Island Hotel Properties, Inc., dba Hampton Inn & Suites, c/o David G. Sommer, Esq., Gallagher Evelius & Jones LLP, 218 N. Charles St., Suite 400 Baltimore, MD 21201-4033 |
| 30444072 | + | Jeff Smith, 36956 Purnell Crossing Road, Willards, MD 21874-1296 |

District/off: 0416-1 | User: admin | Page 2 of 5
Date Rcvd: Aug 01, 2025 | Form ID: pdfall | Total Noticed: 92

| | | |
|---|---|---|
| 30444073 | + | Jose Gonzalez, PO Box 1174, Selbyville, DE 19975-1174 |
| 30444074 | + | Keven Conley, 4374 Nichols Road, Federalsburg, MD 21632-2321 |
| 30404773 | + | Kevin Scott, 20357 Duncan Manor Drive, Onancock, VA 23417-4319 |
| 30258009 | + | Merlin Business Bank, 300 Fellowship Rd., Mount Laurel, NJ 08054-1201 |
| 30274290 | + | National Funding, c/o Jack Fogelman, PrimeCor Group, 880 Marietta Hgwy #630, Roswell, Georgia 30075-6776 |
| 30258013 | + | Noland Company, c/o Robert G. Schuster, Esquire, 12850 Middlebrook Rd, Suite 225, Germantown, MD 20874-5279 |
| 30274672 | + | Noland Company - Salisbury, c/o Robert G. Shuster, Esq., 12850 Middlebrook Road, Suite 225, Germantown, Maryland 20874-5279 |
| 30258014 | + | Paul & Annette Sens, 11603 Bay Landing Drive, Berlin, MD 21811-2424 |
| 30258015 | + | Phoenix Metals, 1920 Portal Street, Baltimore, MD 21224-6513 |
| 30444076 | + | Pin Oaks Property, LLC, 10135 Pin oak Drive, Berlin, MD 21811-3404 |
| 30258016 | | Pitney Bowes, PO Box 371896, Pittsburgh, PA 15250-7896 |
| 30258017 | + | Pro Tab, 5021 Michaels Meadows Dr, Hampstead, MD 21074-2420 |
| 30258018 | + | Republic Services, 9140 Ocean Way, Delmar, MD 21875-2333 |
| 30404777 | + | Robert Hatfield, 28121 Pitts Creek Road, New Church, VA 23415-3535 |
| 30258019 | + | Roberts Oxygen Co., 7564 Standish Pl #100, Derwood, MD 20855-2769 |
| 30258052 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 30258021 | | Sherwin Williams, c/o DeHaan & Bach, 25 Whitney Drive Suite 106, Mikford, OH 46150 |
| 30258022 | + | State Auto Insurance, PO Box 182738, Columbus, OH 43218-2738 |
| 30444077 | + | Stewart Allen, 6950 E New Market/ Elwood Road, Hurlock, MD 21643-3345 |
| 30258023 | + | Sussex Lumber, PO Box 509, Millsboro, DE 19966-0509 |
| 30258024 | + | Tecta America East LLC, 302 S. Division Street, Fruitland, MD 21826-1908 |
| 30404779 | + | US Surety Co., 313 Lemon Hill Lane, Salisbury, MD 21801-4238 |
| 30258026 | | United Products Distr, Inc., 1200 86th Street, Rosedale, MD 21237 |
| 30287989 | + | United Products Distributors, Inc., Law Offices of Anthony J. DiPaula, P.A., 34 South Main Street, Bel Air, MD 21014-3703 |
| 31586302 | + | United States Surety Company and U. S., Specialty Insurance, Patrick M. Pike Esq., 600 Washington Avenue, Suite 303, Towson, MD 21204-3924 |
| 30258030 | + | Waldron of Maryland, Incorporated, c/o Max S. Stadfeld, Esquire, 7 St. Paul Street, 18th Floor, Baltimore, MD 21202-1639 |
| 30404780 | + | William Loughrey, 10780 Cathell Road, Berlin, MD 21811-3129 |
| 30435735 | + | michael conley, 809 n washington st, easton, MA 21601-3708 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | ^ | MEBN | | |
| | | | Aug 01 2025 19:19:28 | Ford Motor Credit Company LLC, c/o Michael J. Klima, Jr., 8028 Ritchie Highway, Suite 300, Pasadena, MD 21122-1360 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Aug 01 2025 19:26:53 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: nadavis@hcc.com | | |
| | | | Aug 01 2025 19:25:00 | U.S. Specialty Insurance Company, 13403 Northwest Parkway, Houston, TX 77040-6006 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | | |
| | | | Aug 01 2025 19:25:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |
| 30257988 | | Email/Text: bkfilings@zwickerpc.com | | |
| | | | Aug 01 2025 19:26:00 | American Express, c/o Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |
| 30289745 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 01 2025 19:26:55 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 30287988 | + | Email/Text: ajdipaula@dipaulalaw.com | | |
| | | | Aug 01 2025 19:24:43 | Anthony J. DiPaula, Law Offices of Anthony J. DiPaula, P.A., 34 South Main Street, Bel Air, MD 21014-3703 |
| 30257995 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | | |
| | | | Aug 01 2025 19:25:00 | Cat Financial Services Corp, PO Box 13834, Newark, NJ 07188 |
| 30257998 | | Email/Text: Bankruptcymail@marylandtaxes.gov | | |
| | | | Aug 01 2025 19:24:00 | Comptroller of Maryland, 110 Carroll Street, Annapolis, MD 21411 |
| 30258047 | | Email/Text: Bankruptcymail@marylandtaxes.gov | | |
| | | | Aug 01 2025 19:24:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD |

| District/off: 0416-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: pdfall | Total Noticed: 92 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 21201 |
| 30257992 | + | Email/Text: rlynch@taylorbank.com | Aug 01 2025 19:25:00 | Calvin B. Taylor Bank, 24 N. Main Street, Berlin, MD 21811-1029 |
| 30257996 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 01 2025 19:26:55 | Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 30416656 | + | Email/Text: tom@shaner-helf.com | Aug 01 2025 19:26:00 | Critical Systems, c/o Shaner & Helf, LLC, 7315 Wisconsin Avenue Suite 800 West, Bethesda, MD 20814-3202 |
| 30258053 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 01 2025 19:25:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 30258005 | | Email/Text: EBNBKNOT@ford.com | Aug 01 2025 19:25:00 | Ford Credit, National Bankruptcy Center, PO Box 62180, Colorado Springs, CO 80962 |
| 30383723 | | Email/Text: EBNBKNOT@ford.com | Aug 01 2025 19:25:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 32731644 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 19:26:47 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 30258011 | + | Email/Text: jduty@nationalfunding.com | Aug 01 2025 19:26:00 | National Funding, 9820 Towne Centre Drive, San Diego, CA 92121-1912 |
| 30261957 | | Email/Text: bankruptcy@bbandt.com | Aug 01 2025 19:25:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 30258020 | + | Email/Text: bankruptcy@bbandt.com | Aug 01 2025 19:25:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 30258049 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 01 2025 19:26:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 30258050 | | Email/Text: atlreorg@sec.gov | Aug 01 2025 19:25:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 30459764 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 01 2025 19:25:00 | U.S. Trustee, 101 West Lombard Street #2625, Baltimore, MD 21201-2668 |
| 30258048 | | Email/Text: usamd.bankruptcy@usdoj.gov | Aug 01 2025 19:25:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 30413361 | + | Email/Text: ebn@hcc.com | Aug 01 2025 19:25:00 | United States Surety Company, U.S. Specialty Insurance Company, 801 South Figueroa St., Ste. 700, Los Angeles, CA 90017-2523 |
| 30258028 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 01 2025 19:24:00 | Verizon Landline, PO Box 4830, Trenton, NJ 08650-4830 |
| 30258029 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 01 2025 19:24:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 30258051 | + | Email/Text: cmwatson@co.worcester.md.us | Aug 01 2025 19:25:00 | Worchester County Solicitor, Room 112 Courthouse, One West Market Street, Snow Hill, MD 21863-1188 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30404767 | | 2523, LLC, INVALID ADDRESS PROVIDED |
| 30444075 | | Nationwide Credit, INVALID ADDRESS PROVIDED |
| 30258025 | | United Healthcare, INVALID ADDRESS PROVIDED |
| 30274291 | | Virginia Dept of Taxation |

| District/off: 0416-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: pdfall | Total Noticed: 92 |

| | | |
|---|---|---|
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 30298075 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 30444078 | *+ | US Surety Co., 313 Lemon Hill Lane, Salisbury, MD 21801-4238 |
| 30435771 | ##+ | Eric Butler, 352 Carey Ave, Salisbury, MD 21804-5210 |
| 30258008 | ##+ | Industrial Lighting Holding Co., 8325 Patuxent Range Rd, Jessup, MD 20794-9314 |
| 30258010 | ##+ | Modern Controls Inc., 7 Bellecor Drive, New Castle, DE 19720-1763 |

TOTAL: 4 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | aaron.casagrande@icemiller.com |
| Alan M. Grochal | agrochal@tydingslaw.com  scalloway@tydings.com |
| Augustus T Curtis | augie.curtis@cohenbaldinger.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| David Sommer | dsommer@gejlaw.com  ceyler@gejlaw.com,gomara@gejlaw.com |
| Eric G. Korphage | ekorphage@pikegilliss.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Marissa K Lilja | mlilja@tydingslaw.com  edondero@tydingslaw.com |
| Michael E. Crowson | mcrowson@lawislocal.com  ashaw@lawislocal.com,crowson.michaeleb128003@notify.bestcase.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Patrick Michael Pike | pikep@whiteandwilliams.com |
| Randall L. Hagen | rhagen@crowell.com  randy-hagen-5715@ecf.pacerpro.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

District/off: 0416-1 User: admin Page 5 of 5
Date Rcvd: Aug 01, 2025 Form ID: pdfall Total Noticed: 92
TOTAL: 14

Entered: August 1st, 2025
Signed: July 31st, 2025
**SO ORDERED**
No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING COMPROMISE AND SETTLEMENT

Upon consideration of Monique D. Almy's ("Trustee") Motion for Approval of Compromise and Settlement ("Motion"), as supported by the Almy Declaration,[1] and for good cause appearing, this Court finding:

A. This Court has jurisdiction over the Motion and authority to enter this Order.

B. Notice of the Motion has been given to all creditors, and no further notice is necessary or required under the circumstances.

C. The Parties have acted in good faith in negotiating and entering into the Settlement Agreement.

D. The relief sought in the Motion is in the best interests of the Estate and its creditors.

---

[1] All capitalized terms in this Order shall have the meanings ascribed to them in the Motion and Almy Declaration.

DCACTIVE-80093250.1

Based on the foregoing findings of fact, and this Court having determined that the factual and legal bases set forth in the Motion establish good and sufficient cause for the relief granted herein, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the proposed Settlement Agreement attached as <u>Exhibit 1</u> to the Almy Declaration, including, but not limited to, the allocation of the Settlement Payment, is hereby APPROVED in its entirety; and it is further

**ORDERED**, that the Trustee is authorized to execute the Settlement Agreement in the form attached as <u>Exhibit 1</u> to the Almy Declaration and to take any action necessary to effectuate the terms of the Settlement Agreement; and it is further

**ORDERED**, that the compromise and settlement as set forth in the Settlement Agreement is approved in its entirety pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure as reasonable and in the best interests of the Estate of Sens Mechanical, Inc. and its creditors; and it is further

**ORDERED**, that the stay imposed by Bankruptcy Rule 6004(h) is hereby WAIVED so that the Trustee can consummate the settlement as expeditiously as possible; and it is further

**ORDERED**, that this Court shall retain exclusive jurisdiction to interpret and enforce the terms of the Settlement Agreement and sale and to resolve any disputes in connection therewith.

cc:   Debtor – Sens Mechanical, Inc.
      Co-Counsel to Debtor – Richard H. Gins, Esquire
      Co-Counsel to Debtor – Daniel M. Press, Esquire
      Chapter 7 Trustee - Monique D. Almy, Esquire
      Counsel for Trustee – Randall L. Hagen, Esquire
      Co-Counsel to Plaintiffs -- Christopher G. Hoge, Esquire
      Co-Counsel to Plaintiffs – Wes P. Henderson, Esquire
      Office of the U.S. Trustee
      All creditors

**End of Order**

DCACTIVE-80093250.1