**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:                                    *
                                                    Case No. 17-20880
SENS MECHANICAL, INC.,        *        Chapter 7

              Debtor.                   *

*        *        *        *        *        *        *        *        *        *        *        *        *

**TRUSTEE'S REPORT OF SALE**

Monique D. Almy, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Sens Mechanical, Inc. ("Debtor"), hereby submits this Report of Sale.

1.        Sens, Inc. and Sens Mechanical, Inc. (collectively, "Sens") entered into construction contracts to construct a Marriott Residence Inn Hotel located at 300 Sea Bay Lane, Ocean City, Maryland (the "Project").

2.        Whiteford Taylor & Preston, LLP and Thomas C. Beach, III (collectively "WTP") provided legal representation and advice to Sens relating to the Project. .

3.        The Trustee and Sens ("Plaintiffs") and WTP may also be referred to herein, collectively, as the "Parties"and, individually, as a "Party."   The Parties have been engaged in a dispute or controversy inconnection with WTP's representation of Sens and advice provided to Sens relating to the Project (the "Dispute").

4.        On February 28, 2020, Sens filed a civil action against WTP in the Circuit Court for Howard County, s t y l e d as *Sens, Inc., et al. v. Whiteford, Taylor & Preston, LLP, et al.*, Case No. C-13-CV-20-000231 (the "Action").  WTP filed a Notice of Removal to the U.S. Bankruptcy Court for the District of Maryland on May 8, 2020.  On July 28, 2020, the Trustee, on behalf of the Estate, joined the Action as one of the plaintiffs.

5.        As a result of arm's length negotiations, the Plaintiffs, on the one hand, and WTP, on the other hand, have agreed to resolve the Dispute ("Settled Claims") pursuant to the terms of

a settlement agreement, which allows the Trustee to recover value for the Estate and its creditors without the uncertainty of the Action's outcome.

6.      The Trustee has concluded that the proposed settlement is in the best interests of the Estate, considering, among other things, the cost, delay and uncertainty associated with continuing the Action.

7.      On August 1, 2025, the Court approved the Application to Compromise Controversy with Whiteford, Taylor & Preston, LLP and Thomas C. Beach, III.

8.      The Net Proceeds, pursuant to the attached Settlement and Disbursement Statement, have been deposited into the estate account, pending the filing of the Trustee's final account and proposed distribution in this case.

Respectfully submitted,

*/s/ Monique D. Almy*
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 508-8749
Facsimile: (202) 628-5116
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Trustee's Report of Sale will be served electronically by the Court's CM/ECF system on the following:

- Aaron L. Casagrande    aaron.casagrande@icemiller.com
- Michael E. Crowson        mcrowson@lawislocal.com, ashaw@lawislocal.com; crowson.michaeleb128003@notify.bestcase.com
- Augustus T Curtis    augie.curtis@cohenbaldinger.com
- Alan M. Grochal    agrochal@tydingslaw.com, scalloway@tydings.com
- Randall L. Hagen    rhagen@crowell.com, randy-hagen-5715@ecf.pacerpro.com
- Michael J. Klima    bankruptcy@peroutkalaw.com
- Eric G. Korphage    ekorphage@pikegilliss.com
- Marissa K Lilja    mlilja@tydingslaw.com, edondero@tydingslaw.com
- Patrick Michael Pike    pikep@whiteandwilliams.com
- Daniel M. Press    dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

DCACTIVE-83596908.1

- David Sommer        dsommer@gejlaw.com, ceyler@gejlaw.com; gomara@gejlaw.com; mkobylski@gejlaw.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
- Gerard R. Vetter    gerard.r.vetter@usdoj.gov

I HEREBY FURTHER CERTIFY that on October 8, 2025, copies of the foregoing Trustee's Report of Sale was served via U.S. First Class mail, postage prepaid, on:

Ford Motor Credit Company, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ford Motor Credit Company, LLC,
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Wes Henderson
Crowley, Hodge & Fein, PC
1211 C onnecticut Avenue, NW
Washington, DC 20036-2709

John L. Lyons
Gorfine, Schiller & Gardyn, PA
10045 Red Run Blvd Suite 250
Owings Mills, MD 21117

*/s/ Monique D. Almy*
Monique D. Almy

DCACTIVE-83596908.1