**Settlement and Disbursement Statement**

Clients' Names:     Sens, Inc.; and

                    Monique D. Almy, Chapter 7 Trustee for Sens Mechanical, Inc.

Case Name:          *Sens, Inc., et al. v. Whiteford, Taylor & Preston, LLP, et al.*

Date:               September 9, 2025

**Disbursement Summary for Monique Almy, Chapter 7 Trustee for Sens Mechanical, Inc.**

Gross Settlement Amount: $1,000,000.00

Less: Attorney's Fees: $283,333.34

  a. Henderson Law, LLC: $141,666.67
  b. Crowley, Hoge & Fein, P.C.: $141,666.67

Less: Expenses: $3,103.46

  a. Henderson Law, LLC: approximately ½ of $146.17
  b. Crowley, Hoge & Fein, P.C.: ½ of $6,060.74

Less: Reimbursement of Roy Sens' Expenses: $64,983.71

Less: Payment to Vendors/Experts: $30,443.79 (1/2 of $60,887.58)

  a. Irwin Reporting – Thomas C. Beach, III, Esquire: $920.35;
  b. Irwin Reporting – Thomas Collier, Jr.: $572.00;
  c. Veritext – Jonathan Kagan, Esquire: $1,514.38;
  d. Kagan Stern - $5,122.50;
  e. CBIZ - $52,067.10; and
  f. Irwin Reporting –$691.25.

Net Amount to Monique D. Almy, Chapter 7 Trustee for Sens Mechanical, Inc.: $618,135.70

**Disbursement Summary for Sens, Inc.**

Gross Settlement Amount: $1,000,000.00

Less: Attorney's Fees: $283,333.33

  a. Henderson Law, LLC: $141,666.66
  b. Crowley, Hoge & Fein, P.C.: $141,666.67

Less: Expenses: $3,103.45

  a. Henderson Law, LLC – approximately ½ of $146.17

   b.  Crowley, Hoge & Fein, P.C. – ½ of $6,060.74

Less: Reimbursement of Roy Sens' Expenses: $64,983.70

Less: Payment to Vendors/Experts: $30,443.79 (1/2 of $60,887.58)

   a.  Irwin Reporting – Thomas C. Beach, III, Esquire: $920.35;
   b.  Irwin Reporting – Thomas Collier, Jr.: $572.00;
   c.  Veritext – Jonathan Kagan, Esquire: $1,514.38;
   d.  Kagan Stern - $5,122.50;
   e.  CBIZ - $52,067.10; and
   f.  Irwin Reporting –$691.25.

Net Amount to Sens, Inc.: $618,135.73

**Totals:**

Monique Almy, Chapter 7 Trustee for Sens Mechanical, Inc.: $618,135.70

Sens, Inc.: $618,135.73

Roy Sens: $129,967.41

Crowley, Hoge & Fein, P.C.: $289,394.08

Henderson Law, LLC: $283,479.50

Unpaid Vendors: $60,887.58

**Acknowledgments**

1. Approval of Distribution: I have reviewed and approve the above settlement and disbursement statement. I authorize Henderson Law, LLC to distribute the settlement funds as outlined.





X *(signed)*
Monique Almy
Chapter 7 Trustee for Sens Mechanical, Inc.
9/12/25
Date


X _____
Roy Sens, President
Sens, Inc.


_____
Date