IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**Sens Mechanical, Inc.**<br>    Debtor (s). | Bankruptcy Case No:<br><br>17-20880<br><br>Chapter 7 |

# NOTICE OF APPEARANCE
# AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Dated: October 10, 2025

Respectfully Submitted,

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein
(Fed. Bar No.: 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov
Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 10, 2025 a copy of the foregoing Motion was mailed first-class, postage prepaid to:

Ford Motor Credit Company, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Wes Henderson
Crowley, Hodge & Fein, PC
1211 C onnecticut Avenue, NW
Washington, DC 20036-2709

John L. Lyons
Gorfine, Schiller & Gardyn, PA
10045 Red Run Blvd Suite 250
Owings Mills, MD 21117

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Monique Desiree Almy**   malmy@crowell.com, cbest@crowell.com;malmy@ecf.axosfs.com;monique-almy-7127@ecf.pacerpro.com
- **Aaron L. Casagrande**   aaron.casagrande@icemiller.com
- **Michael E. Crowson**   mcrowson@lawislocal.com, ashaw@lawislocal.com;crowson.michaeleb128003@notify.bestcase.com
- **Augustus T Curtis**   augie.curtis@cohenbaldinger.com
- **Alan M. Grochal**   agrochal@tydingslaw.com, scalloway@tydings.com
- **Randall L. Hagen**   rhagen@crowell.com, randy-hagen-5715@ecf.pacerpro.com
- **Michael J. Klima**   bankruptcy@peroutkalaw.com
- **Eric G. Korphage**   ekorphage@pikegilliss.com
- **Marissa K Lilja**   mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Patrick Michael Pike**   pikep@whiteandwilliams.com
- **Daniel M. Press**   dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email
- **David Sommer**   dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com;mkobylski@gejlaw.com

- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV
- **Gerard R. Vetter**    gerard.r.vetter@usdoj.gov

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein