UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING SECOND AND FINAL APPLICATION OF CROWELL & MORING LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, SEEKING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 9, 2020 THROUGH OCTOBER 8, 2025**

**PLEASE TAKE NOTICE** that on November 19, 2025, Crowell & Moring LLP ("C&M"), as counsel to Monique D. Almy, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Sens Mechanical, Inc. ("Debtor" or "Estate"), filed its second and final application ("Second Application") seeking an allowance of compensation and reimbursement of expenses for the period April 9, 2020 through October 8, 2025 ("Second Application Period").

C&M's services during the Second Application Period stemmed from the Trustee's pursuing the Estate's interest in a portion of legal malpractice claims against Attorney Thomas C. Beach, III, and the law firm of Whiteford, Taylor & Preston LLP ("Defendants"), in connection with their representation of the Debtor in a contract dispute. In February 2020, a lawsuit was filed in the Circuit Court for Howard County, styled as *Sens, Inc., et al. v. Whiteford, Taylor & Preston, LLP, et al.*, Case No. C-13-CV-20-000231 (the "Action"). Defendants later removed the Action to the U.S. Bankruptcy Court for the District of Maryland ("Court"), and, on July 28, 2020, the Trustee, on behalf of the Estate, joined the Action as one of two plaintiffs, the other being Sens, Inc.

With the earlier approval of the Court, the Trustee retained C&M, as well as Crowley, Hoge & Fein, P.C. ("CHF") and Henderson Law, LLC ("HL") (CHF and HL, collectively, "Special Litigation Counsel") as special litigation counsel, to continue prosecuting the Action. C&M and Special Litigation Counsel vigorously prosecuted the Action on behalf of the Trustee to recover and liquidate assets of the Estate.

The Second Application seeks a second and final allowance of compensation,[1] after discretionary reductions, for services rendered to the Trustee, as well as reimbursement of expenses incurred in connection therewith, during the Second Application Period. Specifically, C&M seeks allowance and reimbursement in the following amounts:

---

[1] On October 30, 2018, C&M filed its *First and Final Application for Compensation of Fees ($21,784.00) and Reimbursement of Expenses ($58.41)* incurred for the period November 27, 2017, through August 31, 2018 ("First Application"). By Order entered on November 29, 2018, the Bankruptcy Court approved and allowed the amounts sought in the First Application.

1

| | |
|---|---|
| Fees: | $170,774.00 |
| Expenses: | <u>$539.40</u> |
| TOTAL: | $171,313.40 |

As more fully explained in the Second Application, C&M believes that the compensation and reimbursement of expenses requested are reasonable in view of the nature and extent of the services rendered and the results achieved. The Second Application and supporting time records are available for review at the offices of the Clerk, U.S. Bankruptcy Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; the Second Application and supporting papers also can be reviewed by accessing the Court's website at <u>www.mdb.uscourts.gov</u> or by contacting the undersigned.

<u>Your rights may be affected</u>. You should read this notice carefully and discuss it with your attorney, if you have one.

**NOTICE IS FURTHER GIVEN** that any party in interest wishing to oppose the Second Application MUST file an <u>objection in writing</u>, specifically stating the factual and legal nature of the objection. Any such objection MUST be filed with the Clerk, U.S. Bankruptcy Court for the District of Maryland (Baltimore Division), U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, **and** a copy thereof served on the undersigned, ON OR BEFORE <u>December 10, 2025</u>. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE SECOND APPLICATION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. THE COURT MAY IN ITS DISCRETION RULE ON THE SECOND APPLICATION WITHOUT SCHEDULING A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Second Application and may enter an order granting the relief sought.

**ANY PARTY IN INTEREST WITH QUESTIONS REGARDING THE SECOND APPLICATION MAY CONTACT THE UNDERSIGNED.**

Dated: November 19, 2025            <u>/s/ Randall L. Hagen</u>
                                                            Monique D. Almy (Bar No. 04479)
                                                            Randall L. Hagen (Bar No. 08099)
                                                            Crowell & Moring LLP
                                                            1001 Pennsylvania Avenue, NW, 10th Floor
                                                            Washington, DC 20004-2595
                                                            (202) 624-2712 (telephone)
                                                            (202) 628-5116 (facsimile)
                                                            *Counsel for Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 19, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice* will be served electronically by the Court's CM/ECF system on the following:

    Monique D. Almy
    Aaron L. Casagrande
    Michael E. Crowson
    Augustus T. Curtis
    Alan M. Grochal
    Michael J. Klima
    Eric G. Korphage
    Marissa K. Lilja
    Patrick Michael Pike
    Daniel M. Press
    David Sommer
    U.S. Trustee – Baltimore
    Gerard R. Vetter

  I HEREBY FURTHER CERTIFY that on November 19, 2025, a copy of the foregoing *Notice* was served via U.S. First Class mail, postage prepaid, on:

    Sens Mechanical, Inc.
    10135 Pin Oak Drive
    Berlin, MD  21811

    Ford Motor Credit Company, LLC
    c/o AIS Portfolio Services, LLC
    4515 N. Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

and to all parties on the Court's mailing matrix.

      */s/ Randall L. Hagen*
      Randall L. Hagen