Absolute Security
300 Mill Street
Salisbury, MD 21801-4202

Aireco Supply
9120 Washington St
Savage, MD 20763

Alban Tractor Co.
PO Box 64251
Baltimore, MD 21264-4251

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express
c/o Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1008

Anthony J. DiPaula
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, MD 21014-3703

Auto Zone
PO Box 791409
Baltimore, MD 21279-1409

AutoZone Inc
PO BOX 10 DEPT 9003
MEMPHIS, TN 38101-0010

Bel Air Road Supply Co., Inc.
c/o William A. Hahn, Jr.,
Attorney for Creditor
502 Washington Ave., Suite #710
Towson, MD 21204-4547

Builders Supply of Delmarva, Inc
21528 Baltimore Ave
Georgetown, DE 19947-6376

Calvin B. Taylor Bank
24 N. Main Street
Berlin, MD 21811-1029

Calvin B. Taylor Banking Company
c/o Alan M. Grochal, Esq.
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202-1249

Capital Lighting Supply
12850 Middlebrook Rd, Suite 225
Germantown, MD 20874-5279

Card's Computers 11004
11004 Manklin Measows Ln, Unit #1
Ocean Pines, MD 21811-9313

Cards Technology
c/o Heather E. Stansbury, Esq.
6200 Coastal Highway, Suite 200
Ocean City, MD 21842-6697

Caterpillar Financial Services Corporation
2120 West End Avenue
Nashville TN 37203-5341

Caterpillar Financial Services Corporation
c/o Cara C. Murray, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul St., 15th Floor
Baltimore, MD 21202-1636

Chase Bank
PO Box 15123
Wilmington, DE 19850-5123

Christopher Pupillo
PO Box 323
510 West Street
Clayton, DE 19938-0323

Church Street Supply Co Inc.
6437 Church Street
Chincoteague, VA 23336-3401

COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

County Insulation
461 New Churchman's Rd
New Castle, DE 19720-3186

Critical Systems
c/o Shaner & Helf, LLC
7315 Wisconsin Avenue Suite 800 West
Bethesda, MD 20814-3202

Critigal Systems, LLC
C/O Cohen Baldinger
ATTN: Augustus T. Curtis
2600 Tower Oaks Blvd., Ste. 103
Rockville, MD 20852-4281

CSC
711 Centerville Rd
Wilmington, DE 19808

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Delmarva Power Bankruptcy Division
5 Collins Drive,
Suite 2133 MailStop 84CP42
Carneys Point, NJ 08069-3600

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DW Burt Const Co
c/o Ernest Cornbrook III, Esquire
715 Broad Street
Salisbury, MD 21801

Eric Butler
352 Carey Ave
Salisbury, MD 21804-5210

Exxon Mobile Fleet National
Wex Bank 6293
Carol Stream, IL 60197-6293

Ford Motor Credit Company LLC
c/o Michael J. Klima, Jr.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122-1360

Ford Motor Credit Company, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK  73118

Gerry Downes
14070 Pepperbox Road
Delmar, DE 19940-4148

Gilespe Precast LLC
c/o Stephen Z. Mehan, Esquire
208 High Street, Suite 200
Chestertown, MD 21620-1518

Grainger Inc.
303 S. Main Street, Lower Level
Mount Airy, MD 21771-5394

H&B Products
12500 Baltimore Avenue
Unit F
Beltsville, MD 20705-6353

Industrial Lighting Holding Co.
8325 Patuxent Range Rd
Jessup, MD 20794-9314

Interline Brands, Inc. dba Barnett
c/o Interline Brands, Inc. - Bankruptcy
801 West Bay Street
Jacksonville, FL 32204-1605

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Island Hotel Properties, Inc.
dba Hampton Inn & Suites
c/o David G. Sommer, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201-4033

Jeff Smith
36956 Purnell Crossing Road
Willards, MD 21874-1296

JMG Realty
d/b/a Addison Court Apartments
c/o Michael E. Crowson, Esq.
212 W. Main Street, Suite 303
Salisbury, MD 21801-4838

John L. Lyons
Gorfine, Schiller & Gardyn, PA
10045 Red Run Blvd Suite 250
Owings Mills, MD 21117-5907

Jose Gonzalez
PO Box 1174
Selbyville, DE 19975-1174

Keven Conley
4374 Nichols Road
Federalsburg, MD 21632-2321

Kevin Scott
20357 Duncan Manor Drive
Onancock, VA 23417-4319

Merlin Business Bank
300 Fellowship Rd.
Mount Laurel, NJ 08054-1201

Michael Conley
809 N Washington St
Easton, MD 21601-3708

Modern Controls Inc.
7 Bellecor Drive
New Castle, DE 19720-1763

National Funding
9820 Towne Centre Drive
San Diego, CA 92121-1912

National Funding
c/o Jack Fogelman
PrimeCor Group
880 Marietta Hgwy #630
Roswell, Georgia 30075-6776

Noland Company
c/o Robert G. Schuster, Esquire
12850 Middlebrook Rd, Suite 225
Germantown, MD 20874-5279

Paul & Annette Sens
11603 Bay Landing Drive
Berlin, MD 21811-2424

Phoenix Metals
1920 Portal Street
Baltimore, MD 21224-6513

Pin Oaks Property, LLC
10135 Pin oak Drive
Berlin, MD 21811-3404

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

Pro Tab
5021 Michaels Meadows Dr
Hampstead, MD 21074-2420

Republic Services
9140 Ocean Way
Delmar, MD 21875-2333

Robert Hatfield
28121 Pitts Creek Road
New Church, VA 23415-3535

Roberts Oxygen Co.
7564 Standish Pl #100
Derwood, MD 20855-2769

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Sens Mechanical, Inc.
10135 Pin Oak Drive
Berlin, MD 21811-3404

Sheffield Financial
PO Box 1847
Wilson, NC  27894-1847

Sheffield Financial
PO Box 580229
Charlotte, NC 28258-0229

Sherwin Williams
c/o DeHaan & Bach
25 Whitney Drive Suite 106
Mikford, OH 46150

State Auto Insurance
PO Box 182738
Columbus, OH 43218-2738

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Stewart Allen
6950 E New Market/ Elwood Road
Hurlock, MD 21643-3345

Sussex Lumber
PO Box 509
Millsboro, DE 19966-0509

Tecta America East LLC
302 S. Division Street
Fruitland, MD 21826-1908

U S Securities And Exchange Commission
Atlanta Reg Office And Reorg
950 E Paces Ferry Rd NE Ste 900
Atlanta GA 30326-1382

U.S. Specialty Insurance Company
13403 Northwest Parkway
Houston, TX 77040-6006

United Products Distr, Inc.
1200 86th Street
Rosedale, MD 21237

United Products Distributors, Inc.
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, MD 21014-3703

United States Surety Company and U. S. Specialty Insurance
Patrick M. Pike Esq.
600 Washington Avenue, Suite 303
Towson, MD 21204-3924

United States Surety Company
U.S. Specialty Insurance Company
801 South Figueroa St., Ste. 700
Los Angeles, CA 90017-2523

US Attorney's Office For The District Of MD
36 S Charles Street Fourth Floor
Baltimore MD 21201-3020

US Surety Co.
313 Lemon Hill Lane
Salisbury, MD 21801-4238

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD 21201-2668

Verizon Landline
PO Box 4830
Trenton, NJ 08650-4830

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Waldron of Maryland, Incorporated
c/o Max S. Stadfeld, Esquire
7 St. Paul Street, 18th Floor
Baltimore, MD 21202-1639

Wes Henderson
Crowley, Hodge & Fein, PC
1211 C onnecticut Avenue, NW
Washington, DC 20036-2701

William Loughrey
10780 Cathell Road
Berlin, MD 21811-3129

Worchester County Solicitor
Room 112 Courthouse
One West Market Street
Snow Hill, MD 21863-1188