UNITED STATES BANKRUPTCY COURT
**DISTRICT OF** MARYLAND
BALTIMORE **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sens Mechanical,Inc. | § | Case No. 17-20880 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  of the United States Bankruptcy Code was filed on 08/11/2017.  The case was converted to one under Chapter 7 on 11/21/2017.   The undersigned trustee was appointed on 11/21/2017.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          1,052,276.09

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 418,475.92 |
| Bank service fees | 105.13 |
| Other payments to creditors | 5,065.34 |
| Non-estate funds paid to 3rd Parties | 10,494.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          618,135.70

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 03/21/2018 and the deadline for filing governmental claims was 05/21/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $54,503.46.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $4,928.21 as interim compensation and now requests a sum of $49,575.25, for a total compensation of $54,503.46[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $516.00, and now requests reimbursement for expenses of $0.00, for total expenses of $516.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 11/13/2025                    By: /s/Monique D. Almy, Trustee
                                            Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-20880 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | Monique D. Almy, Trustee |
| Case Name: | Sens Mechanical,Inc. | | | | Date Filed (f) or Converted (c): | 11/21/2017 (c) |
| | | | | | 341(a) Meeting Date: | 02/14/2018 |
| For Period Ending: | 11/13/2025 | | | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Accounts Receivable owed to Non-Debtor  (u) | 0.00 | 10,494.00 | | 10,494.00 | FA |
| 2.  Farmers Bank of Willards Checking | 17,333.29 | 0.00 | | 0.00 | FA |
| 3.  Accounts Receivable 90 days old or less | 40,690.15 | 0.00 | | 0.00 | FA |
| 4.  Mechanical Contractor's materials | 53,940.00 | 10,000.00 | | 10,000.00 | FA |
| 5.  Office furniture, fixtures & equipment | 2,570.00 | 500.00 | | 500.00 | FA |
| 6.  Machinery, equipment and vehicles | 82,000.00 | 29,500.00 | | 29,500.00 | FA |
| 7.  2523 N. Salisbury Blvd., leased premises | 138,510.00 | 0.00 | | 0.00 | FA |
| 8.  Termed Grop Check Refund (u) | 0.00 | 1,782.09 | | 1,782.09 | FA |
| 9.  Legal malpractice claim v. Whiteford Taylor (u) | Unknown | 100,000.00 | | 1,000,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $335,043.44          $152,276.09          $1,052,276.09          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated the sale of the assets.  However, there was an arguably avoidable lien that exceeded the value of the assets.  Trustee was able to get the UCC released without litigation.  A Motion to Sell was filed on 5/31/18.

4/19 - TFR Approved.  Filed with the Court 4/11/19.

8/14/19 - Case as originally administered by Trustee was closed.

March 29, 2020 – Debtor filed motion to reopen case (Doc. 119), along with amended Schedules A & B (Doc. 120).  Debtor had filed a complaint on 2/28/20 in Howard County Circuit Court.

June 2, 2020 – Court issues order reopening case and reappointing Chapter 7 trustee (Doc. 123)

July 28, 2020 – Trustee files application to employ Crowley, Hoge and Fein and Henderson Law Firm as special litigation counsel to trustee (Doc. 126)

August 3, 2020 – Trustee files motion to approve allocation agreement with Sens parties (Doc. 127)

August 21, 2020 – Court approves application to employ special litigation counsel (Doc. 128)

October 8, 2020 – Hearing on motion to approve allocation agreement (Doc. 133); on the same day court enters consent order approving allocation agreement (Doc. 134)

Exhibit A

7/28/21 - Trustee filed her Application to Employ Special Litigation Counsel to pursue the malpractice action.

ADVERSARY PROCEEDING 20-00149:

May 8, 2020 – Adversary complaint filed (Doc. 1)

May 8, 2020 – Motion to Dismiss filed by Whiteford (Doc. 3)

July 28, 2020 – Amended Complaint filed by Trustee and Sens Parties (Doc. 24)

September 8, 2020 – Court issued order to show cause why it should not abstain from adversary proceeding (Doc. 27)

September 22, 2020 – Response to Show Cause Order filed by Whiteford (Doc. 29)

September 30, 2020 -- Response to Show Cause Order filed by Trustee and Sens Parties (Doc. 30)

October 15, 2020 – Court entered consent order on discovery and briefing schedule re any motion to dismiss (Doc. 38)

November 13, 2020 – New motion to dismiss filed by Whiteford (Doc. 40)

December 4, 2020 – Opposition to motion to dismiss filed by Trustee and Sens Parties (Doc. 43)

January 6, 2021 – Response to opposition filed by Whiteford (Doc. 44)

January 22, 2021 – Hearing held on motion to dismiss (Doc. 47)

January 27, 2021 – Court entered order for post-hearing briefing (Doc. 48)

February 16, 2021 – Post-hearing briefs filed by Plaintiffs (Doc. 51) and Defendant (Doc. 52)

March 31, 2021 - We are currently waiting on the Court's decision on Whiteford's motion to dismiss.

April 8, 2022 - * - 9/30/21 – Bankr. Court issued order remanding case to Circuit Court for Howard County to determine preliminary issues (Doc. 56) (order later vacated; see below Doc. 86)

10/1/21 – Bankr. Court issued notice to Circuit Court for Howard County regarding remand (Doc. 57)

10/15/21 – Whiteford filed motion to vacate remand order (Doc. 72)

10/25/21 – After status hearing (Doc. 75), Bankr. Court issued scheduling order for briefing and hearing on motion to vacate (Doc. 76)

10/29/21 – Sens Parties filed opposition to Whiteford motion to vacate (Doc. 81)

11/4/21 – Whiteford filed reply to Sens Parties' opposition (Doc. 84)

11/12/21 – Bankr. Court held hearing on Whiteford motion to vacate (Doc. 85)

11/18/21 – Bankr. Court issued order granting motion to vacate (Doc. 86)

11/18/21 – Bankr. Court issued order determining agreed upon preliminary issues, specifically, that the Sens Parties' adversary was timely filed and the Trustee was properly substituted as plaintiff; consequently, ordered that adversary is remanded to Circuit Court for Howard County but the remand is stayed until this order is final and non-appealable (Doc. 87)

11/19/21 – Whiteford filed notice of appeal Bankr. Court's 11/18/21 order to District Court (Doc. 90)

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit A

11/22/21 – Record transmitted to District Court (Doc. 94)

12/10/21 – District Court consolidated Whiteford appeals (Doc. 97)

At this point, we are awaiting on the District Court to rule on Whiteford's appeal.

12/21/21 – Whiteford filed Appellants' Brief (Doc. 15)
1/20/22 – Sens Parties filed Appellees' Brief (Doc. 17)
2/14/22 – Whiteford filed Reply Brief (Doc. 20)
7/29/22 – District Court AFFIRMS Bankruptcy Court decision from 11/18/21 (Doc. 22)
8/5/22 – Whiteford filed notice of appeal of District Court's 7/29/22 order to Fourth Circuit (Doc. 23)
10/14/22 – Whiteford filed Opening Brief in Fourth Circuit appeal
11/16/22 – Sens Parties filed Response Brief
12/6/22 – Whiteford filed Reply Brief
2/10/23 – Fourth Circuit Order that paper briefs be filed by parties
2/22/23 – Parties filed paper briefs with Fourth Circuit
At this point, we are simply waiting for the Fourth Circuit to rule.  Note that there are no docket numbers in the Fourth Circuit.

11/9/23 --The 4th Circuit upheld the district court, which upheld the bankruptcy court's ruling (in our favor) on the statute of limitations issue.

2/22/24 - Order entered directing the Remand of This Proceeding to the Circuit Court for Howard County, Maryland.

4/7/25-4/18/25 Two week jury trial in Howard Co. scheduled to litigate the Whiteford claim. A mediator was brought in to work with the parties to try and settle the case short of a trial. On 3/4/25 a settlement was tentatively reached. The settlement is subject to bankruptcy court approval. The settlement is shared with a non-Debtor entity 50/50 (as documented in an order), less litigation counsel fees, reimbursement of out of pocket expenses. The amounts that will be paid to the estate are claimed as the collateral of the surety. In addition to it's proof of claim, this was also documented in an objection and resolution filed when the parties agreed to the 50/50 sharing of proceeds. This will all be documented in the motion submitted to the court for approval.

8/1/25-Trustee's Motion for Approval and Compromise of the settlement, with affidavit in support, proposed order and notice thereof (see Doc. 149), was approved by the Court on August 1, 2025 (see Doc. 151).
9/17/25-Proceeds from the settlement were received and deposited by the Trustee
11/13/25-Government reopens allowing filing of TFR

RE PROP #    1  --   Accounts receivable owed to Non-Debtor Addison Court Apartments, inadvertently paid to Debtor.

Exhibit A

1, 4, 6, 8 - All administered during original case which was closed 8/14/19

RE PROP #    9  --   In the reopened case, the legal malpractice claim is the only asset. The settlement proceeds are detailed as follows:

Gross Settlement Amount: $1,000,000.00
Less: Plaintiff Attorney's Fees: $283,333.34
a. Henderson Law, LLC: $141,666.67
b. Crowley, Hoge & Fein, P.C.: $141,666.67
c. Less: Expenses: $3,103.46
a. Henderson Law, LLC: approximately ½ of $146.17
b. Crowley, Hoge & Fein, P.C.: ½ of $6,060.74
c. Less: Reimbursement of Roy Sens' Expenses: $64,983.71
Less: Payment to Vendors/Experts: $30,443.79 (1/2 of $60,887.58)
a. Irwin Reporting – Thomas C. Beach, III, Esquire: $920.35;
b. Irwin Reporting – Thomas Collier, Jr.: $572.00;
c. Veritext – Jonathan Kagan, Esquire: $1,514.38;
d. Kagan Stern - $5,122.50;
e. CBIZ - $52,067.10; and
f. Irwin Reporting –$691.25.
Net Amount  deposited to Monique D. Almy, Chapter 7 Trustee for Sens Mechanical, Inc account available for distribution and payment of expenses.: $618,135.70

Initial Projected Date of Final Report (TFR): 12/15/2018          Current Projected Date of Final Report (TFR): 11/13/2025

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-20880

Case Name: Sens Mechanical,Inc.

Taxpayer ID No: XX-XXX2825

For Period Ending: 11/13/2025

Trustee Name: Monique D. Almy, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7115

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/26/18 | 1 | Sens Service, Inc. P.O. Box 985 Berlin, MD 21811 | Accounts Receivable owed to Non-Debtor entity | 1121-000 | $10,494.00 | | $10,494.00 |
| 05/10/18 | 101 | Addison Court Apartments 416 E. North Pointe Drive Salisbury, MD 21804 | Non-Bankruptcy Estate Property Pursuant to Order entered 4/13/18 | 8500-002 | | $10,494.00 | $0.00 |
| 05/15/18 | 8 | United Healthcare Svs Inc. 601 Brooker Creek Blvd Oldsmar, FL 34677-2962 | Termed Group Check Refund | 1129-000 | $1,782.09 | | $1,782.09 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,767.09 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,752.09 |
| 06/29/18 | | Calvin B. Taylor Banking Company 24 N. Main Street Berlin, MD 21811 | sale of Hard Assets | | $40,000.00 | | $41,752.09 |
| | | | Gross Receipts                    $40,000.00 | | | | |
| | 4 | | Mechanical Contractor's materials                    $10,000.00 | 1129-000 | | | |
| | 5 | | Office furniture, fixtures & equipment                    $500.00 | 1129-000 | | | |
| | 6 | | Machinery, equipment and vehicles                    $29,500.00 | 1129-000 | | | |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $41,737.09 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.13 | $41,676.96 |
| 01/02/19 | 102 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Distribution | | | $21,842.41 | $19,834.55 |
| | | Crowell & Moring LLP | ($58.41) | 3120-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                    $52,276.09                    $32,441.54

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:  17-20880
Case Name:  Sens Mechanical,Inc.

Trustee Name:  Monique D. Almy, Trustee
Bank Name:  Union Bank
Account Number/CD#:  XXXXXX7115
Checking
Blanket Bond (per case limit):  $3,000,000.00
Separate Bond (if applicable):

Taxpayer ID No:  XX-XXX2825
For Period Ending:  11/13/2025

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Crowell & Moring LLP | ($21,784.00) | 3110-000 | | | |
| 01/09/19 | | Transfer to Acct # xxxxxx0084 | Transfer of Funds | 9999-000 | | $19,834.55 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $52,276.09 | $52,276.09 |
| Less: Bank Transfers/CD's | $0.00 | $19,834.55 |
| Subtotal | $52,276.09 | $32,441.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $52,276.09 | $32,441.54 |

Page Subtotals:                              $0.00              $19,834.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 17-20880
Case Name: Sens Mechanical, Inc.

Taxpayer ID No: XX-XXX2825
For Period Ending: 11/13/2025

Trustee Name: Monique D. Almy, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0084
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/19 | | Transfer from Acct # xxxxxx7115 | Transfer of Funds | 9999-000 | $19,834.55 | | $19,834.55 |
| 06/05/19 | 2001 | Monique D. Almy<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 | Distribution | | | $5,444.21 | $14,390.34 |
| | | Monique D. Almy | Final distribution creditor ($4,928.21) account # representing a payment of 100.00 % per court order. | 2100-000 | | | |
| | | Monique D. Almy | Final distribution creditor ($516.00) account # representing a payment of 100.00 % per court order. | 2200-000 | | | |
| 06/05/19 | 2002 | U.S. Trustee<br>101 West Lombard Street #2625<br>Baltimore, MD  21201<br>Attn:  Susan Balderson | Final distribution to claim 31 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $325.00 | $14,065.34 |
| 06/05/19 | 2003 | Gorfine, Schiller & Gardyn, P.A.<br>10045 Red Run Blvd, Suite 250<br>Owings Mills, MD  21117 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $9,000.00 | $5,065.34 |
| 06/05/19 | 2004 | Gerry Downes<br>14070 Pepperbox Road<br>Delmar, DE 19940 | Final distribution to claim 20 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $548.07 | $4,517.27 |
| 06/05/19 | 2005 | Michael Conley<br>809 N Washington St<br>Easton, MD  21601 | Final distribution to claim 25 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $1,055.55 | $3,461.72 |
| 06/05/19 | 2006 | Eric Butler<br>352 Carey Ave<br>Salisbury, MD  21804 | Final distribution to claim 26 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $1,327.07 | $2,134.65 |
| 06/05/19 | 2007 | Stewart Allen<br>6950 E New Market/ Elwood Road<br>Hurlock, MD  21643 | Final distribution to claim 29 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $1,564.80 | $569.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $19,834.55          $19,264.70

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-20880

Case Name: Sens Mechanical,Inc.

Taxpayer ID No: XX-XXX2825

For Period Ending: 11/13/2025

Trustee Name: Monique D. Almy, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0084

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/19 | 2008 | U.S. Treasury IRS P.O. Box 804521 Cincinnati, OH  45280-4522 | Distribution | | | $30.40 | $539.45 |
| | | U.S. Treasury | Federal Unemployment Tax          ($3.71) | 5300-000 | | | |
| | | U.S. Treasury | Federal Unemployment Tax          ($7.14) | 5300-000 | | | |
| | | U.S. Treasury | Federal Unemployment Tax          ($8.97) | 5300-000 | | | |
| | | U.S. Treasury | Federal Unemployment Tax        ($10.58) | 5300-000 | | | |
| 06/05/19 | 2009 | U.S. Treasury IRS PO Box 804522 Cincinnati, OH  45280-4522 | Distribution | | | $314.06 | $225.39 |
| | | U.S. Treasury | FICA tax          ($109.32) | 5300-000 | | | |
| | | U.S. Treasury | FICA tax          ($92.71) | 5300-000 | | | |
| | | U.S. Treasury | FICA tax          ($73.74) | 5300-000 | | | |
| | | U.S. Treasury | FICA tax          ($38.29) | 5300-000 | | | |
| 06/05/19 | 2010 | Maryland Unemployment Insurance Fund State of Maryland Department of Labor, Licensing & Regulations P.O. Box 17291 Baltimore, MD  21297-0365 | Distribution | | | $151.97 | $73.42 |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax          ($18.53) | 5300-000 | | | |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax          ($35.68) | 5300-000 | | | |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax          ($44.86) | 5300-000 | | | |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax          ($52.90) | 5300-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:

$0.00          $496.43

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-20880
Case Name: Sens Mechanical,Inc.

Taxpayer ID No: XX-XXX2825
For Period Ending: 11/13/2025

Trustee Name: Monique D. Almy, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0084
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/19 | 2011 | U.S. Treasury IRS PO Box 804522 Cincinnati, OH 45280-4522 | Distribution | | | $73.42 | $0.00 |
| | | U.S. Treasury | Medicare ($25.57) | 5300-000 | | | |
| | | U.S. Treasury | Medicare ($21.67) | 5300-000 | | | |
| | | U.S. Treasury | Medicare ($17.24) | 5300-000 | | | |
| | | U.S. Treasury | Medicare ($8.94) | 5300-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $19,834.55 | $19,834.55 |
| Less: Bank Transfers/CD's | $19,834.55 | $0.00 |
| Subtotal | $0.00 | $19,834.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $19,834.55 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-20880

Case Name: Sens Mechanical,Inc.

Trustee Name: Monique D. Almy, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0647

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

**Exhibit B**

Taxpayer ID No: XX-XXX2825

For Period Ending: 11/13/2025

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/25 | | Henderson Law, LLC<br>2127 Espey Court, Suite 204<br>Crofton, MD  21114 | Settlement | | $618,135.70 | | $618,135.70 |
| | | | Gross Receipts $1,000,000.00 | | | | |
| | | Henderson Law, LLC | Attorneys Fees ($141,666.67) | 3210-000 | | | |
| | | Crowley, Hoge & Fein, P.C. | Attorneys Fees ($141,666.67) | 3120-000 | | | |
| | | Henderson Law, LLC | Attorney Expenses ($73.09) | 3220-000 | | | |
| | | Crowley, Hoge & Fein, P.C. | Attorney Expenses ($3,030.37) | 3220-000 | | | |
| | | Roy Sens | Roy Sens' Expenses ($64,983.71) | 2500-000 | | | |
| | | Irwin Reporting Thomas C Beach, III | Vendor/Expert fees ($460.18) | 3991-000 | | | |
| | | Irwin Reporting - Thomas Collier, Jr. | Vendor/Expert fees ($286.00) | 3991-000 | | | |
| | | Veritext - Jonathan Kagan, Esq. | Vendor/Expert fees ($757.19) | 3991-000 | | | |
| | | Kagan Stern | Vendor/Expert fees ($2,561.25) | 3991-000 | | | |
| | | CBIZ | Vendor/Expert fees ($26,033.55) | 3991-000 | | | |
| | | Irwin Reporting | Vendor/Expert fees ($345.62) | 3991-000 | | | |
| | 9 | | Legal malpractice claim v. Whiteford Taylor $1,000,000.00 | 1229-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $618,135.70 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $618,135.70 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals: $618,135.70   $0.00

Net

$618,135.70                    $0.00

Exhibit B

Page Subtotals:                    $0.00                    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0084 - Checking | $0.00 | $19,834.55 | $0.00 |
| XXXXXX0647 - Checking | $618,135.70 | $0.00 | $618,135.70 |
| XXXXXX7115 - Checking | $52,276.09 | $32,441.54 | $0.00 |
| | $670,411.79 | $52,276.09 | $618,135.70 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $381,864.30 |
| Total Net Deposits: | $670,411.79 |
| Total Gross Receipts: | $1,052,276.09 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-20880

Debtor Name: Sens Mechanical,Inc.

Claims Bar Date: 3/21/2018

Date: November 13, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Monique Desiree Almy CROWELL & MORING 1001 PENNSYLVANIA AVENUE, N.W., 10TH FL WASHINGTON, DC 20004-2595 | Administrative | | $0.00 | $54,503.46 | $54,503.46 |
| 100 2200 | Monique Desiree Almy CROWELL & MORING 1001 PENNSYLVANIA AVENUE, N.W., 10TH FL WASHINGTON, DC 20004-2595 | Administrative | | $0.00 | $516.00 | $516.00 |
| 100 3110 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Administrative | | $0.00 | $24,568.00 | $21,784.00 |
| 100 3110 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Administrative | | $0.00 | $170,774.00 | $170,774.00 |
| 100 3120 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Administrative | | $0.00 | $58.41 | $58.41 |
| 100 3120 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Administrative | | $0.00 | $539.40 | $539.40 |
| 100 3310 | Gorfine Schiller & Gardyn, P.A. 10045 Red Run Blvd, Suite 250 Owings Mills, MD 21117 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 100 3410 | Gorfine Schiller & Gardyn, P.A. 10045 Red Run Blvd, Suite 250 Owings Mills, MD 21117 | Administrative | | $0.00 | $9,000.00 | $9,000.00 |
| 31 100 2950 | U.S. Trustee 101 West Lombard Street #2625 Baltimore, MD 21201 Attn: Susan Balderson | Administrative | | $0.00 | $325.00 | $325.00 |

Printed: November 13, 2025

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-20880
Debtor Name: Sens Mechanical,Inc.
Claims Bar Date: 3/21/2018

Date: November 13, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 230 5300 | Maryland Unemployment Insurance Fund State of Maryland Department of Labor, Licensing & Regulations P.O. Box 17291 Baltimore, MD 21297-0365 | Priority | | $0.00 | $0.00 | $151.97 |
| 230 5300 | U.S. Treasury IRS PO Box 804522 Cincinnati, OH 45280-4522 | Priority | | $0.00 | $0.00 | $314.06 |
| 230 5300 | U.S. Treasury IRS P.O. Box 804521 Cincinnati, OH 45280-4522 | Priority | | $0.00 | $0.00 | $30.40 |
| 230 5300 | U.S. Treasury IRS PO Box 804522 Cincinnati, OH 45280-4522 | Priority | | $0.00 | $0.00 | $73.42 |
| 10-1 280 5800 | Department Of The Treasury Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 Attn: V. Thompson | Priority | Amended by Claim 10-2 | $0.00 | $1,000.00 | $0.00 |
| 20 230 5300 | Gerry Downes 14070 Pepperbox Road Delmar, DE 19940 | Priority | | $1,080.00 | $1,080.00 | $1,080.00 |
| 25-2 230 5300 | Michael Conley 809 N Washington St Easton, MD 21601 | Priority | Amends Claim 25-1 | $11,583.03 | $2,080.00 | $2,080.00 |
| 26 230 5300 | Eric Butler 352 Carey Ave Salisbury, MD 21804 | Priority | | $0.00 | $2,615.04 | $2,615.04 |

Printed: November 13, 2025

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-20880

Debtor Name: Sens Mechanical,Inc.

Claims Bar Date: 3/21/2018

Date: November 13, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 29<br>230<br>5300 | Stewart Allen<br>6950 E New Market/ Elwood Road<br>Hurlock, MD  21643 | Priority | | $3,087.92 | $3,083.52 | $3,083.52 |
| 1<br>400<br>4210 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC  27894-1847<br>Attn:  Christina L. Aspesi | Secured | Account No. XXX2092 | $11,583.03 | $11,137.13 | $0.00 |
| 12<br>400<br>4210 | Caterpillar Financial Services<br>Corporation<br>c/o Kelli Alexander, Litigation<br>Paralegal<br>2120 West End Avenue<br>Nashville, TN  37203 | Secured | Account No.   XXXX8701 | $6,385.00 | $28,019.85 | $0.00 |
| 14<br>400<br>4210 | Ford Motor Credit Company LLC<br>Dept 55953<br>P.O. Box 55000<br>Detroit, MI  48255-0953<br>Attn:  Rachel Lacy | Secured | Account No. XXXXXX9711<br>Amended by Claim 14-2 | $70,143.63 | $65,691.40 | $0.00 |
| 15<br>400<br>4210 | Ford Motor Credit Company LLC<br>Dept 55953<br>P.O. Box 55000<br>Detroit, MI  48255-0953<br>Attn:  Rachel Lacy | Secured | Account No.  XXXX9452 | $49,108.42 | $45,991.37 | $0.00 |
| 17-1<br>400<br>4210 | United States Surety Company<br>U.S. Specialty Insurance Company<br>801 South Figueroa St., Ste. 700<br>Los Angeles, CA  90014<br>Attn:  Patrick Laverty | Secured | Pursuant to the Application to Compromise Controversy, docket no. 149 | $0.00 | $2,827,393.85 | $2,827,393.85 |
| 2<br>300<br>7100 | Alban Tractor Co.<br>PO Box 64251<br>Baltimore, MD  21264<br>Attn:  Toni C. Scheler | Unsecured | Account No.   XXX2970 | $1,836.42 | $2,018.62 | $2,018.62 |
| 3<br>300<br>7100 | Noland Company - Salisbury<br>c/o Robert G. Shuster, Esq.<br>12850 Middlebrook Road<br>Suite 225<br>Germantown, Maryland 20874 | Unsecured | Account Number XXXXX0511 | $78,284.00 | $73,384.20 | $73,384.20 |
| 4<br>300<br>7100 | Pro Tab<br>5021 Michaels Meadows Dr<br>Hampstead, MD  21074<br>Attn:  Brian L. Cocoran | Unsecured | Invoice 5497 | $3,500.00 | $3,500.00 | $3,500.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-20880                                                                          Date: November 13, 2025

Debtor Name: Sens Mechanical,Inc.

Claims Bar Date: 3/21/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Bel Air Road Supply Co., Inc.<br>c/o William A. Hahn, Jr.,<br>Attorney For Creditor<br>502 Washington Ave., Suite #710<br>Towson, MD  21204 | Unsecured | Account No.  XXXX7952 | $6,018.00 | $6,102.32 | $6,102.32 |
| 6<br>300<br>7100 | AutoZone Inc.<br>PO Box 10 Dept 9003<br>Memphis, TN  38101<br>Attn:  Paul C. Smith | Unsecured | Account No. XXXX5051 | $539.00 | $539.25 | $539.25 |
| 7<br>300<br>7100 | Capital Lighting & Supply, LLC<br>d/b/a CapitalTristate<br>Attn:  Angie Jensen, RCM<br>8511 Pepco Place<br>Upper Marlboro, MD  20772 | Unsecured | Account No. XXXX2825 | $3,892.00 | $3,931.93 | $3,931.93 |
| 8<br>300<br>7100 | United Products Distributors, Inc.<br>1200 68th Street<br>Baltimore, MD  21237<br>Attn:  Nick Rudd | Unsecured | Account No. XXXX7810 | $16,183.00 | $15,456.36 | $15,456.36 |
| 9<br>300<br>7100 | American Express Bank, FSB<br>c/o Becket And Lee LLP<br>PO Box 3001<br>Malvern,  PA 19355-0701 | Unsecured | Account No.  XXXX3004 | $24,638.07 | $24,628.07 | $24,628.07 |
| 10-2<br>300<br>7100 | Department Of The Treasury<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317<br>Attn:  V. Thompson | Unsecured | Amends claim 10-1 | $0.00 | $0.00 | $0.00 |
| 11<br>300<br>7100 | Delmarva Power<br>PO Box 13609<br>Philadelphia, PA  19101<br>Attn:  Rebecca L. Hoyle | Unsecured | Bill is for Sens, Inc. | $0.00 | $6,994.58 | $6,994.58 |
| 13<br>300<br>7100 | Interline Brands, Inc. Dba Barnett<br>c/o Interline Brands, Inc. -<br>Bankruptcy<br>801 West Bay Street<br>Jacksonville, FL  32204<br>Attn:  Angela Scott | Unsecured | Account No. 1327248 | $3,908.00 | $3,580.05 | $3,580.05 |
| 14-2<br>300<br>7100 | FORD MOTOR CREDIT<br>COMPANY, LLC<br>Dept 55953 P.O. Box 55000<br>Detroit, MI  48255-0953<br>Attn:  Pamela Rucker | Unsecured | Amends Claim 14-1 | $0.00 | $21,154.39 | $21,154.39 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-20880

Debtor Name: Sens Mechanical,Inc.

Claims Bar Date: 3/21/2018

Date: November 13, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16<br>300<br>7100 | Merlin Business Bank<br>300 Fellowship Rd.<br>Mount Laurel, NJ 08054<br>Attn: Kelly Meddings | Unsecured | Account No. XXXX8117 | $315.69 | $2,595.13 | $2,595.13 |
| 17-2<br>300<br>7100 | United States Surety Company<br>U.S. Specialty Insurance Company<br>801 South Figueroa St., Ste. 700<br>Los Angeles, CA 90014<br>Attn: Patrick Laverty | Unsecured | | $11,583.03 | $9,189,862.07 | $9,189,862.07 |
| 18<br>300<br>7100 | Critical Systems, LLC<br>12216 Parklawn Drive, Suite 201<br>Rockville, MD 20852<br>Attn: Augustus Curtis | Unsecured | Account No. 64059 | $404,050.00 | $392,250.20 | $392,250.20 |
| 19<br>300<br>7100 | Builders Supply Of Delmarva, Inc<br>21528 Baltimore Ave<br>Georgetown, DE 19947<br>Attn: Rhonda Sturgeon | Unsecured | Sens, Inc. | $0.00 | $27,364.16 | $27,364.16 |
| 21<br>300<br>7100 | Christopher Pupillo<br>PO Box 323<br>510 West Street<br>Clayton, DE 19938 | Unsecured | | $880.00 | $880.00 | $880.00 |
| 22<br>300<br>7100 | Kevin Scott<br>20335 Duncan Manor Road<br>Onacock, VA 23417 | Unsecured | | $1,288.00 | $1,288.00 | $1,288.00 |
| 23<br>300<br>7100 | William Loughrey<br>10780 Cathell Road<br>Berlin, MD 21811 | Unsecured | | $1,600.00 | $1,600.00 | $1,600.00 |
| 24<br>300<br>7100 | Robert Hatfield<br>28121 Pitts Creek Road<br>New Church, VA 23415 | Unsecured | | $1,056.00 | $1,056.00 | $1,056.00 |
| 25-1<br>300<br>7100 | Michael Conley<br>809 N Washington St<br>Easton, MD 21601 | Unsecured | Amended by claim 25-2 | $1,456.00 | $2,080.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-20880
Debtor Name: Sens Mechanical,Inc.
Claims Bar Date: 3/21/2018

Date: November 13, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 27 300 7100 | Calvin B. Taylor Banking Company Raymond M. Thompson 24 N. Main Street Berlin, MD 21811 | Unsecured | Account No. XXXX9970 | $335,602.88 | $323,014.23 | $323,014.23 |
| 28 300 7100 | Jeff Smith 36956 Purnell Crossing Road Willards, MD 21874 | Unsecured | | $832.00 | $1,044.00 | $1,044.00 |
| 30 300 7100 | Island Hotel Properties, Inc. DBA Hampton Inn & Suites c/o David G. Sommer, Esq. Gallagher Evelius & Jones LLP 218 N. Charles St., Suite 400 Baltimore, MD 21201 | Unsecured | | $0.00 | $926,511.56 | $926,511.56 |
| 32 300 7100 | H&B Products 12500 Baltimore Avenue Unit F Beltsville, MD 20705 Attn: Brian Bordenick | Unsecured | Account No. XXXX1600 | $0.00 | $5,049.84 | $5,049.84 |
| 33-2 300 7100 | Cards Technology c/o Heather Stansbury, esq. 6200 Coastal Highway, Suite 200 Ocean City, MD 21842 | Unsecured | Amends Claim 33-1 | $0.00 | $22,879.61 | $22,879.61 |
| 33-1 300 7100 | Cards Technology c/o Heather Stansbury, esq. 6200 Coastal Highway, Suite 200 Ocean City, MD 21842 | Unsecured | No signature Amended by Claim 33-2 | $0.00 | $22,879.61 | $0.00 |
| | Case Totals | | | $1,050,433.12 | $14,345,020.61 | $14,166,007.10 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 20)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-20880
Case Name: Sens Mechanical,Inc.
Trustee Name: Monique D. Almy, Trustee

| | Balance on hand | | | $ | 618,135.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Sheffield Financial | $ 11,137.13 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | Caterpillar Financial Services Corporation | $ 28,019.85 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Ford Motor Credit Company LLC | $ 65,691.40 | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | Ford Motor Credit Company LLC | $ 45,991.37 | $ 0.00 | $ 0.00 | $ 0.00 |
| 17-1 | United States Surety Company | $ 2,827,393.85 | $ 2,827,393.85 | $ 0.00 | $ 382,247.05 |

| | Total to be paid to secured creditors | $ | 382,247.05 |
| | Remaining Balance | $ | 235,888.65 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Monique Desiree Almy | $ 54,503.46 | $ 4,928.21 | $ 49,575.25 |
| Trustee Expenses: Monique Desiree Almy | $ 516.00 | $ 516.00 | $ 0.00 |
| Attorney for Trustee Fees: Crowell & Moring LLP | $ 192,558.00 | $ 21,784.00 | $ 170,774.00 |
| Attorney for Trustee Expenses: Crowell & Moring LLP | $ 597.81 | $ 58.41 | $ 539.40 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Gorfine Schiller & Gardyn, P.A. | $ 24,000.00 | $ 9,000.00 | $ 15,000.00 |
| Fees: U.S. Trustee | $ 325.00 | $ 325.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 235,888.65

Remaining Balance    $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,858.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Gerry Downes | $ 1,080.00 | $ 617.54 | $ 0.00 |
| 25-2 | Michael Conley | $ 2,080.00 | $ 1,189.35 | $ 0.00 |
| 26 | Eric Butler | $ 2,615.04 | $ 1,495.28 | $ 0.00 |
| 29 | Stewart Allen | $ 3,083.52 | $ 1,763.17 | $ 0.00 |
| 10-1 | Department Of The Treasury | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $ 0.00

Remaining Balance    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,056,684.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Alban Tractor Co. | $ 2,018.62 | $ 0.00 | $ 0.00 |
| 3 | Noland Company - Salisbury | $ 73,384.20 | $ 0.00 | $ 0.00 |
| 4 | Pro Tab | $ 3,500.00 | $ 0.00 | $ 0.00 |
| 5 | Bel Air Road Supply Co., Inc. | $ 6,102.32 | $ 0.00 | $ 0.00 |
| 6 | AutoZone Inc. | $ 539.25 | $ 0.00 | $ 0.00 |
| 7 | Capital Lighting & Supply, LLC | $ 3,931.93 | $ 0.00 | $ 0.00 |
| 8 | United Products Distributors, Inc. | $ 15,456.36 | $ 0.00 | $ 0.00 |
| 9 | American Express Bank, FSB | $ 24,628.07 | $ 0.00 | $ 0.00 |
| 10-2 | Department Of The Treasury | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Delmarva Power | $ 6,994.58 | $ 0.00 | $ 0.00 |
| 13 | Interline Brands, Inc. Dba Barnett | $ 3,580.05 | $ 0.00 | $ 0.00 |
| 14-2 | FORD MOTOR CREDIT COMPANY, LLC | $ 21,154.39 | $ 0.00 | $ 0.00 |
| 16 | Merlin Business Bank | $ 2,595.13 | $ 0.00 | $ 0.00 |
| 17-2 | United States Surety Company | $ 9,189,862.07 | $ 0.00 | $ 0.00 |
| 18 | Critical Systems, LLC | $ 392,250.20 | $ 0.00 | $ 0.00 |
| 19 | Builders Supply Of Delmarva, Inc | $ 27,364.16 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Christopher Pupillo | $ 880.00 | $ 0.00 | $ 0.00 |
| 22 | Kevin Scott | $ 1,288.00 | $ 0.00 | $ 0.00 |
| 23 | William Loughrey | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 24 | Robert Hatfield | $ 1,056.00 | $ 0.00 | $ 0.00 |
| 25-1 | Michael Conley | $ 0.00 | $ 0.00 | $ 0.00 |
| 27 | Calvin B. Taylor Banking Company | $ 323,014.23 | $ 0.00 | $ 0.00 |
| 28 | Jeff Smith | $ 1,044.00 | $ 0.00 | $ 0.00 |
| 30 | Island Hotel Properties, Inc. | $ 926,511.56 | $ 0.00 | $ 0.00 |
| 32 | H&B Products | $ 5,049.84 | $ 0.00 | $ 0.00 |
| 33-1 | Cards Technology | $ 0.00 | $ 0.00 | $ 0.00 |
| 33-2 | Cards Technology | $ 22,879.61 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE