UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

| IN RE:<br>Sens Mechanical, Inc.<br><br>Debtor(s) | Case No. 17-20880-TJC<br><br>Chapter 7 |
|---|---|

## TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. §§ 326 and 330, Monique Desiree Almy, Chapter 7 Trustee, hereby requests compensation in the amount of $49,575.25 and reimbursement of expenses in the amount of $0.00 for this case. The Trustee has, by prior authorization, received $4,928.21 of such compensation and $516.00 of such expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

| | |
|---|---:|
| Total receipts from Form 1 column #5 | $1,052,276.09 |
| Minus: | |
|     Exemptions paid to Debtor | - $0.00 |
|     Surplus to Debtor | - $0.00 |
|     Other | - $10,494.00 |
| Total disbursements for §326 compensation calculation | $1,041,782.09 |

Pursuant to 11 U.S.C. Section 326, compensation to the Trustee is computed as follows:

(For cases filed on or after October 22, 1994)

| | | | | | |
|---|---:|---:|---|---|---:|
| | $ | 1,041,782.09 | 25% of First $5,000 | $ | 1,250.00 |
| Less | $ | -5,000.00 | ($1,250.00 Maximum) | | |
| Balance | $ | 1,036,782.09 | 10% of next $45,000 | $ | 4,500.00 |
| Less | $ | -45,000.00 | ($4,500.00 Maximum) | | |
| Balance | $ | 991,782.09 | 5% of next $950,000 | $ | 47,500.00 |
| Less | $ | -950,000.00 | ($47,500.00 Maximum) | | |
| Balance | $ | 41,782.09 | 3% of Balance | $ | 1,253.46 |
| | $ | | | | |

| | | |
|---|---|---:|
| Total Compensation Requested | $ | 54,503.46 |
| Less Amounts Previously Received | $ | 4,928.21 |
| BALANCE OF COMPENSATION DUE | $ | 49,575.25 |
| VOLUNTARILY ADJUSTED BY TRUSTEE TO | $ | 0.00 |

TRUSTEE'S EXPENSES (ITEMIZED):

None ( at ) ................................................................................................$

TOTAL EXPENSES CLAIMED ................................................................$

TOTAL REQUESTED FEES AND EXPENSES ........................................$          49,575.25

      WHEREFORE, the Trustee requests that this application be approved by the Court and that the Trustee be awarded $49,575.25 as compensation and $0.00 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than her law firm, for sharing compensation.

Dated:   November 26, 2025        /s/ *Monique Desiree Almy*
                                                      Monique Desiree Almy
                                                      CHAPTER 7 TRUSTEE
                                                      1001 Pennsylvania Avenue NW
                                                      Washington, DC 20004
                                                      (202)508-8749