IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                             *

SENS MECHANICAL, INC.                *        Case No. 17-20880

        Debtor.                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on the 26th day of November, 2025, a copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object was sent via ECF notification to the following parties registered to receive ECF notices in this case.

- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Aaron L. Casagrande**    Aaron.casagrande@Icemiller.com
- **Michael E. Crowson**    mcrowson@lawislocal.com, ashaw@lawislocal.com;crowson.michaeleb128003@notify.bestcase.com
- **Augustus T Curtis**    augie.curtis@cohenbaldinger.com
- **Alan M. Grochal**    agrochal@tydingslaw.com, scalloway@tydings.com
- **Randall L. Hagen**    rhagen@crowell.com, randy-hagen-5715@ecf.pacerpro.com
- **Michael J. Klima**    bankruptcy@peroutkalaw.com
- **Eric G. Korphage**    ekorphage@pikegilliss.com
- **Marissa K Lilja**    mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Patrick Michael Pike**    pikep@whiteandwilliams.com
- **Daniel M. Press**    dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email
- **David Sommer**    dsommer@gallagherllp.com, ceyler@gejlaw.com; gomara@gejlaw.com; csalce@gejlaw.com; mkobylski@gejlaw.com
- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV
- **Gerard R. Vetter**    gerard.vetter@maryland.gov

    And was mailed first class, postage prepaid to all parties on the Court's mailing matrix for this case.

                                                                                     /S/ Monique D. Almy
                                                                                     Monique D. Almy, Trustee
                                                                                     Bar No. 04479
                                                                                     Crowell & Moring, LLP
                                                                                     1001 Pennsylvania Avenue, N.W.,  10th Floor
                                                                                     Washington, DC  20004
                                                                                     (202) 508-8749