Entered: December 18th, 2025
Signed: December 17th, 2025

**SO ORDERED**

No opposition filed.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER GRANTING SECOND AND FINAL APPLICATION OF
CROWELL & MORING LLP, AS COUNSEL TO CHAPTER 7 TRUSTEE, FOR
<u>ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the *Second and Final Application of Crowell & Moring LLP, as Counsel to Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses* ("<u>Second Application</u>"), together with the time records of Crowell & Moring LLP ("<u>Applicant</u>"), and any response thereto, and good cause appearing, it is hereby

**ORDERED**, that the Second Application is GRANTED; and it is further

**ORDERED**, that the Applicant is ALLOWED compensation in the amount of $170,774.00 and reimbursement of expenses in the amount of $539.40 in connection with the Applicant's

DCACTIVE-78856890.1

representation as counsel for the Trustee on behalf of the bankruptcy estate of Sens Mechanical, Inc. for the period April 9, 2020 through October 8, 2025.

cc: Debtor – Sens Mechanical, Inc.
     Co-Counsel to Debtor – Richard H. Gins, Esquire
     Co-Counsel to Debtor – Daniel M. Press, Esquire
     Chapter 7 Trustee - Monique D. Almy, Esquire
     Counsel for Trustee – Randall L. Hagen, Esquire
     Office of the U.S. Trustee
     All creditors

**End of Order**