Entered: December 29th, 2025
Signed: December 23rd, 2025

**SO ORDERED**

No opposition filed.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## Baltimore Division

| | |
|---|---|
| IN RE:<br>SENS MECHANICAL, INC.<br><br><br>Debtor(s) | Case No. 17-20880-TJC<br><br>CHAPTER 7 |

### ORDER APPROVING TRUSTEE'S COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

Before the Court for consideration are the following applications for compensation and expenses (the "Applications") filed herein by:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Monique Desiree Almy, Trustee's Compensation | $49,575.25 | $0.00 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

**cc:**   Monique Desiree Almy, Esq., Chapter 7 Trustee
Office of the U.S. Trustee
Daniel M. Press, Esq., Debtor's Counsel
All Creditors

***END OF ORDER***