EXHIBIT A

## Billing Details for Sens Mechanical, Inc.

Summary of Time by Individual

10/21/2024 - 02/16/2026

| Name | Hours | Average Rate | Amount |
|---|---|---|---|
| Crockett, Timothy | 28.20 | 573.76 | $16,180.00 |
| Lyons, John | 1.00 | 690.00 | $690.00 |
| **Total Fees for Sens Mechanical, Inc.** | **29.20** | **577.74** | **$16,870.00** |
| | | | |
| **Total for Sens Mechanical, Inc.** | | | **$16,870.00** |