EXHIBIT B

## Billing Details for Sens Mechanical, Inc.

Summary of Time by Service

10/21/2024 - 02/16/2026

| Code | Description | Hours | Average Rate | Amount |
|---|---|---|---|---|
| 238 | Review of Tax | 28.20 | 573.76 | 16,180.00 |
| 238 | Review of Tax | 1.00 | 690.00 | 690.00 |
| **Total for Sens Mechanical, Inc.** | | **29.20** | **577.74** | **16,870.00** |