EXHIBIT C

# Billing Details for Sens Mechanical, Inc.

Detail by Service Code

10/21/2024 - 02/16/2026

| Code | Record No. | Staff | Date | Hours | Amount | Detail |
|---|---|---|---|---|---|---|
| **238 - Review of Tax** | | | | | | |
| | 1 | Crockett, Timothy | 10/21/24 | 0.60 | 330.00 | Review and respond to IRS notice 2019 Form 940. |
| | 2 | Crockett, Timothy | 11/04/24 | 0.30 | 165.00 | Finalize IRS notice responses. |
| | 3 | Crockett, Timothy | 12/05/24 | 0.50 | 275.00 | Preparation of e-mail to M. Almy regarding Fin Cen filing requirements. |
| | 4 | Crockett, Timothy | 07/08/25 | 2.90 | 1,667.50 | Analysis of litigation settlement and related documents relative to tax impact of litigation proceeds. |
| | 5 | Crockett, Timothy | 07/08/25 | 2.70 | 1,552.50 | Preparation for and meeting with J. Lyons regarding filing requirements, tax issues and tax return statements. |
| | 6 | Crockett, Timothy | 07/09/25 | 0.50 | 287.50 | Review and adjust the 2025 Bankruptcy Code Section 704 statement. |
| | 7 | Crockett, Timothy | 07/09/25 | 0.40 | 230.00 | Review and adjust the 2025 expeditious filing statement. |
| | 8 | Crockett, Timothy | 07/09/25 | 0.30 | 172.50 | Review and adjust the 2025 Bankruptcy Code Section Federal 505(b) statement. |
| | 9 | Crockett, Timothy | 07/09/25 | 0.30 | 172.50 | Review and adjust the 2025 Bankruptcy Code Section Maryland 505(b) statement. |
| | 10 | Crockett, Timothy | 07/09/25 | 0.30 | 172.50 | Review and adjust the 2025 final tax return statement. |
| | 11 | Crockett, Timothy | 7/10/25 | 1.50 | 862.50 | Preparation of e-mail to M. Almy regarding information required to complete the 2025 tax returns and statement regarding case reopening. |
| | 12 | Crockett, Timothy | 09/29/25 | 1.00 | 575.00 | Review and respond to e-mail from M. Almy regarding 2025 tax returns. |
| | 13 | Crockett, Timothy | 10/24/25 | 1.00 | 575.00 | Analysis of IRS tax notices and respond. |
| | 14 | Crockett, Timothy | 02/09/26 | 6.00 | 3,450.00 | Preparation of the 2025 trial balance and related journal entries and update 2025 tax return statements. |
| | 15 | Crockett, Timothy | 02/10/26 | 5.30 | 3,047.50 | Review of the 2025 Form 1120S and Maryland Form 510 tax returns. |
| | 16 | Lyons, John | 02/11/26 | 1.00 | 690.00 | Sens Mechanical - Review and analysis of the tax return, accounting and the disclosures associated with the reopening and closing of the case and the recovery of the litigation settlement. |
| | 17 | Crockett, Timothy | 02/11/26 | 2.00 | 1,150.00 | Sens Mechanical - Review of 2025 tax returns and related documentation. |
| | 18 | Crockett, Timothy | 02/13/26 | 2.60 | 1,495.00 | Revise and update 2025 tax returns and bankruptcy statements. |
| **238 - Total** | | | | **29.20** | **16,870.00** | |
| | | | | | | |
| **Total Fees for Sens Mechanical, Inc.** | | | | **29.20** | **16,870.00** | |