UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING SECOND AND FINAL APPLICATION OF GORFINE, SCHILLER & GARDYN, PA FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL AND TAX ADVISOR TO THE TRUSTEE FOR THE PERIOD OCTOBER 21, 2024 THROUGH FEBRUARY 16, 2026**

Upon consideration of the Second and Final Application of Gorfine, Schiller & Gardyn, PA for Allowance of Compensation for Services Rendered as Financial and Tax Advisor for the Estate for the Period October 21, 2024 through February 16, 2026 (the "Application"), notice of the Application having been given, and no objections having been filed, it is, therefore, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Application is hereby GRANTED; and it is further

**ORDERED**, that the Application is hereby ALLOWED compensation in the total amount of $15,000.00 ("Award") in connection with the Applicant's representation as financial and tax

DCACTIVE-78856890.1

advisor for the Chapter 7 Trustee on behalf of the bankruptcy estate of Sens Mechanical, Inc.; and it is further

**ORDERED**, that the Trustee is authorized to pay the Award to Applicant.

cc:   Debtor – Sens Mechanical, Inc.
      Co-Counsel to Debtor – Richard H. Gins, Esquire
      Co-Counsel to Debtor – Daniel M. Press, Esquire
      Chapter 7 Trustee - Monique D. Almy, Esquire
      Counsel for Trustee – Randall L. Hagen, Esquire
      Office of the U.S. Trustee
      All creditors

**End of Order**