UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING SECOND AND FINAL APPLICATION OF GORFINE, SCHILLER & GARDYN, PA FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL AND TAX ADVISOR TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OCTOBER 21, 2024 THROUGH FEBRUARY 16, 2026**

**PLEASE TAKE NOTICE** that on February 17, 2026, Gorfine, Schiller & Gardyn, PA ("GSG"), financial and tax advisor to Monique D. Almy, the Chapter 7 trustee ("Trustee") of the bankruptcy estate of Sens Mechanical, Inc. ("Debtor" or "Estate"), filed its second and final application ("Application") requesting an allowance of compensation from the estate of the Debtor for the period of October 21, 2024 through February 16, 2026.

The Application seeks an interim and final allowance of compensation for services rendered to the Trustee. Specifically, GSG seeks allowance in the following amounts:

| | |
|---|---|
| Fees: | $15,000.00 |
| Expenses: | 0.00 |
| TOTAL: | $15,000.00 |

GSG believes that the compensation requested is reasonable in view of the nature and extent of the services rendered and the results achieved. The Application and supporting time records are available for review at the offices of the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; the Application and supporting papers also can be reviewed by accessing the Court's website at www.mdb.uscourts.gov or by contacting undersigned counsel.

Your rights may be affected. You should read this notice carefully and discuss them with your attorney, if you have one.

**PLEASE TAKE FURTHER NOTICE that any party in interest wishing to oppose the Application MUST file an objection in writing, specifically stating the factual and legal nature of the objection. Any such objection MUST be filed with the Clerk, United States Bankruptcy Court for the District of Maryland (Baltimore Division), U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, and a copy thereof served on the undersigned, ON OR BEFORE March 10, 2026. If you mail your response to the Court for**

1

**filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. THE COURT MAY IN ITS DISCRETION RULE ON THE APPLICATION WITHOUT SCHEDULING A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the relief sought.

**ANY PARTY IN INTEREST WITH QUESTIONS REGARDING THE APPLICATION MAY CONTACT UNDERSIGNED COUNSEL.**

Dated: February 17, 2026

*/s/ Monique D. Almy*
Monique D. Almy (Bar No. 04479)
Randall L. Hagen (Bar No. 08099)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC  20004
(202) 624-2712 (telephone)
(202) 628-5116 (facsimile)
*Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice* will be served electronically by the Court's CM/ECF system on the following:

> Monique D. Almy
> Aaron L. Casagrande
> Michael E. Crowson
> Augustus T. Curtis
> Alan M. Grochal
> Michael J. Klima
> Eric G. Korphage
> Marissa K. Lilja
> Patrick Michael Pike
> Daniel M. Press
> David Sommer
> U.S. Trustee – Baltimore
> Gerard R. Vetter

I HEREBY FURTHER CERTIFY that on February 17, 2026, a copy of the foregoing *Notice* was served via U.S. First Class mail, postage prepaid, on:

Sens Mechanical, Inc.
10135 Pin Oak Drive
Berlin, MD  21811

Ford Motor Credit Company, LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

and to all parties on the mailing matrix.

                                              */s/ Monique D. Almy*
                                              Monique D. Almy

DCACTIVE-80305235.1