Absolute Security  
300 Mill Street  
Salisbury, MD 21801-4202

Aireco Supply  
9120 Washington St  
Savage, MD 20763

Alban Tractor Co.  
PO Box 64251  
Baltimore, MD 21264-4251

American Express Bank, FSB  
c/o Becket and Lee LLP  
PO Box 3001  
Malvern  PA 19355-0701

American Express  
c/o Zwicker & Associates  
80 Minuteman Road  
Andover, MA 01810-1008

Anthony J. DiPaula  
Law Offices of Anthony J. DiPaula, P.A.  
34 South Main Street  
Bel Air, MD 21014-3703

Auto Zone  
PO Box 791409  
Baltimore, MD 21279-1409

AutoZone Inc  
PO BOX 10 DEPT 9003  
MEMPHIS, TN 38101-0010

Bel Air Road Supply Co., Inc.  
c/o William A. Hahn, Jr.,  
Attorney for Creditor  
502 Washington Ave., Suite #710  
Towson, MD 21204-4547

Builders Supply of Delmarva, Inc  
21528 Baltimore Ave  
Georgetown, DE 19947-6376

Calvin B. Taylor Bank  
24 N. Main Street  
Berlin, MD 21811-1029

Calvin B. Taylor Banking Company  
c/o Alan M. Grochal, Esq.  
Tydings & Rosenberg LLP  
1 East Pratt Street, Suite 901  
Baltimore, MD 21202-1249

Capital Lighting Supply  
12850 Middlebrook Rd, Suite 225  
Germantown, MD 20874-5279

Card's Computers 11004  
11004 Manklin Measows Ln, Unit #1  
Ocean Pines, MD 21811-9313

Cards Technology  
c/o Heather E. Stansbury, Esq.  
6200 Coastal Highway, Suite 200  
Ocean City, MD 21842-6697

Caterpillar Financial Services Corporation  
2120 West End Avenue  
Nashville TN 37203-5341

Caterpillar Financial Services Corporation  
c/o Cara C. Murray, Esquire  
Whiteford, Taylor & Preston LLP  
Seven Saint Paul St., 15th Floor  
Baltimore, MD 21202-1636

Chase Bank  
PO Box 15123  
Wilmington, DE 19850-5123

Christopher Pupillo  
PO Box 323  
510 West Street  
Clayton, DE 19938-0323

Church Street Supply Co Inc.  
6437 Church Street  
Chincoteague, VA 23336-3401

COMPTROLLER OF MARYLAND  
BANKRUPTCY UNIT  
7 ST PAUL STREET SUITE 230  
BALTIMORE MD 21202-1626

County Insulation  
461 New Churchman's Rd  
New Castle, DE 19720-3186

Critical Systems  
c/o Shaner & Helf, LLC  
7315 Wisconsin Avenue Suite 800 West  
Bethesda, MD 20814-3202

Critigal Systems, LLC  
C/O Cohen Baldinger  
ATTN: Augustus T. Curtis  
2600 Tower Oaks Blvd., Ste. 103  
Rockville, MD 20852-4281

CSC  
711 Centerville Rd  
Wilmington, DE 19808

Daniel M. Press  
Chung & Press, P .C.  
6718 Whittier Ave., Ste. 200  
McLean, VA 22101-4531

Delmarva Power Bankruptcy Division
5 Collins Drive,
Suite 2133 MailStop 84CP42
Carneys Point, NJ 08069-3600

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DW Burt Const Co
c/o Ernest Cornbrook III, Esquire
715 Broad Street
Salisbury, MD 21801

Eric Butler
352 Carey Ave
Salisbury, MD 21804-5210

Exxon Mobile Fleet National
Wex Bank 6293
Carol Stream, IL 60197-6293

Ford Motor Credit Company LLC
c/o Michael J. Klima, Jr.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122-1360

Ford Motor Credit Company, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Gerry Downes
14070 Pepperbox Road
Delmar, DE 19940-4148

Gilespe Precast LLC
c/o Stephen Z. Mehan, Esquire
208 High Street, Suite 200
Chestertown, MD 21620-1518

Grainger Inc.
303 S. Main Street, Lower Level
Mount Airy, MD 21771-5394

H&B Products
12500 Baltimore Avenue
Unit F
Beltsville, MD 20705-6353

Industrial Lighting Holding Co.
8325 Patuxent Range Rd
Jessup, MD 20794-9314

Interline Brands, Inc. dba Barnett
c/o Interline Brands, Inc. - Bankruptcy
9000 Southside Blvd Suite 1102
Jacksonville, FL 32256-6764

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Island Hotel Properties, Inc.
dba Hampton Inn & Suites
c/o David G. Sommer, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201-4033

Jeff Smith
36956 Purnell Crossing Road
Willards, MD 21874-1296

JMG Realty
d/b/a Addison Court Apartments
c/o Michael E. Crowson, Esq.
212 W. Main Street, Suite 303
Salisbury, MD 21801-4838

John L. Lyons
Gorfine, Schiller & Gardyn, PA
10045 Red Run Blvd Suite 250
Owings Mills, MD 21117-5907

Jose Gonzalez
PO Box 1174
Selbyville, DE 19975-1174

Keven Conley
4374 Nichols Road
Federalsburg, MD 21632-2321

Kevin Scott
20357 Duncan Manor Drive
Onancock, VA 23417-4319

Merlin Business Bank
300 Fellowship Rd.
Mount Laurel, NJ 08054-1201

Michael Conley
809 N Washington St
Easton, MD 21601-3708

Modern Controls Inc.
7 Bellecor Drive
New Castle, DE 19720-1763

National Funding
9820 Towne Centre Drive
San Diego, CA 92121-1912

| | | |
|---|---|---|
| National Funding<br>c/o Jack Fogelman<br>PrimeCor Group<br>880 Marietta Hgwy #630<br>Roswell, Georgia 30075-6776 | Noland Company<br>c/o Robert G. Schuster, Esquire<br>12850 Middlebrook Rd, Suite 225<br>Germantown, MD 20874-5279 | Paul & Annette Sens<br>11603 Bay Landing Drive<br>Berlin, MD 21811-2424 |
| Phoenix Metals<br>1920 Portal Street<br>Baltimore, MD 21224-6513 | Pin Oaks Property, LLC<br>10135 Pin oak Drive<br>Berlin, MD 21811-3404 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 |
| Pro Tab<br>5021 Michaels Meadows Dr<br>Hampstead, MD 21074-2420 | Republic Services<br>9140 Ocean Way<br>Delmar, MD 21875-2333 | Robert Hatfield<br>28121 Pitts Creek Road<br>New Church, VA 23415-3535 |
| Roberts Oxygen Co.<br>7564 Standish Pl #100<br>Derwood, MD 20855-2769 | Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 | Sens Mechanical,Inc.<br>10135 Pin Oak Drive<br>Berlin, MD 21811-3404 |
| Sheffield Financial<br>PO Box 1847<br>Wilson, NC  27894-1847 | Sheffield Financial<br>PO Box 580229<br>Charlotte, NC 28258-0229 | Sherwin Williams<br>c/o DeHaan & Bach<br>25 Whitney Drive Suite 106<br>Mikford, OH 46150 |
| State Auto Insurance<br>PO Box 182738<br>Columbus, OH 43218-2738 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Stewart Allen<br>6950 E New Market/ Elwood Road<br>Hurlock, MD 21643-3345 |
| Sussex Lumber<br>PO Box 509<br>Millsboro, DE 19966-0509 | Tecta America East LLC<br>302 S. Division Street<br>Fruitland, MD 21826-1908 | U S Securities And Exchange Commission<br>Atlanta Reg Office And Reorg<br>950 E Paces Ferry Rd NE Ste 900<br>Atlanta GA 30326-1382 |
| U.S. Specialty Insurance Company<br>13403 Northwest Parkway<br>Houston, TX 77040-6006 | United Products Distr, Inc.<br>1200 86th Street<br>Rosedale, MD 21237 | United Products Distributors, Inc.<br>Law Offices of Anthony J. DiPaula, P.A.<br>34 South Main Street<br>Bel Air, MD 21014-3703 |
| United States Surety Company and U. S. Specialty Insurance<br>Patrick M. Pike Esq.<br>600 Washington Avenue, Suite 303<br>Towson, MD 21204-3924 | United States Surety Company<br>U.S. Specialty Insurance Company<br>801 South Figueroa St., Ste. 700<br>Los Angeles, CA 90017-2523 | US Attorney's Office For The District Of MD<br>36 S Charles Street Fourth Floor<br>Baltimore MD 21201-3020 |

US Surety Co.
313 Lemon Hill Lane
Salisbury, MD 21801-4238

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD 21201-2668

Verizon Landline
PO Box 4830
Trenton, NJ 08650-4830

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Waldron of Maryland, Incorporated
c/o Max S. Stadfeld, Esquire
7 St. Paul Street, 18th Floor
Baltimore, MD 21202-1639

Wes Henderson
Henderson Law
2127 Espey Ct #204
Crofton, MD  21114

William Loughrey
10780 Cathell Road
Berlin, MD 21811-3129

Worchester County Solicitor
Room 112 Courthouse
One West Market Street
Snow Hill, MD 21863-1188