Entered: March 19th, 2026
Signed: March 18th, 2026

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:                                         *

SENS MECHANICAL, INC.,            *        Case No. 17-20880
                                                            Chapter 7
              Debtor.                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING SECOND AND FINAL APPLICATION OF GORFINE,**
**SCHILLER & GARDYN, PA FOR ALLOWANCE OF COMPENSATION FOR**
**SERVICES RENDERED AS FINANCIAL AND TAX ADVISOR TO THE TRUSTEE**
**FOR THE PERIOD OCTOBER 21, 2024 THROUGH FEBRUARY 16, 2026**

Upon consideration of the Second and Final Application of Gorfine, Schiller & Gardyn,

PA for Allowance of Compensation for Services Rendered as Financial and Tax Advisor for the

Estate for the Period October 21, 2024 through February 16, 2026 (the "Application"), notice of

the Application having been given, and no objections having been filed, it is, therefore, by the

United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Application is hereby GRANTED; and it is further

**ORDERED**, that the Application is hereby ALLOWED compensation in the total amount

of $15,000.00 ("Award") in connection with the Applicant's representation as financial and tax

DCACTIVE-78856890.1

advisor for the Chapter 7 Trustee on behalf of the bankruptcy estate of Sens Mechanical, Inc.; and

it is further

**ORDERED**, that the Trustee is authorized to pay the Award to Applicant.

cc:    Debtor – Sens Mechanical, Inc.
Co-Counsel to Debtor – Richard H. Gins, Esquire
Co-Counsel to Debtor – Daniel M. Press, Esquire
Chapter 7 Trustee - Monique D. Almy, Esquire
Counsel for Trustee – Randall L. Hagen, Esquire
Office of the U.S. Trustee
All creditors

**End of Order**

2