United States Bankruptcy Court

District of Maryland

In re:                                                                                          Case No. 17-20880-MCR

Sens Mechanical,Inc.                                                                            Chapter 7

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                           User: admin                                      Page 1 of 5

Date Rcvd: Mar 19, 2026                        Form ID: pdfall                                  Total Noticed: 90

The following symbols are used throughout this certificate:

**Symbol**　　　**Definition**

+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##　　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sens Mechanical,Inc., 10135 Pin Oak Drive, Berlin, MD 21811-3404 |
| cr | + | Calvin B. Taylor Banking Co., c/o Tydings & Rosenberg, One East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| cr | + | Caterpillar Financial Services Corporation, c/o Cara C. Murray, Esquire, Whiteford, Taylor & Preston LLP, Seven Saint Paul St., 15th Floor, Baltimore, MD 21202-1636 |
| cr | + | Island Hotel Properties, Inc., c/o David G. Sommer, Esq., Gallagher Evelius & Jones LLP, 218 N. Charles Street, Suite 400 Baltimore, MD 21201-4033 |
| cr | + | JMG Realty, d/b/a Addison Court Apartments, c/o Michael E. Crowson, Esq., 212 W. Main Street, Suite 303, Salisbury, MD 21801-4838 |
| consult | + | John L. Lyons, Gorfine, Schiller & Gardyn, PA, 10045 Red Run Blvd Suite 250, Owings Mills, MD 21117-5907 |
| sp | + | Wes Henderson, Crowley, Hodge & Fein, PC, 1211 C onnecticut Avenue, NW, Washington, DC 20036-2701 |
| 30257985 | + | Absolute Security, 300 Mill Street, Salisbury, MD 21801-4202 |
| 30257986 | | Aireco Supply, 9120 Washington St, Savage, MD 20763 |
| 30257987 | + | Alban Tractor Co., PO Box 64251, Baltimore, MD 21264-4251 |
| 30257989 | + | Auto Zone, PO Box 791409, Baltimore, MD 21279-1409 |
| 30284117 | + | AutoZone Inc, PO BOX 10 DEPT 9003, MEMPHIS, TN 38101-0010 |
| 30257991 | + | Bel Air Road Supply Co., Inc., c/o William A. Hahn, Jr.,, Attorney for Creditor, 502 Washington Ave., Suite #710, Towson, MD 21204-4547 |
| 30415823 | + | Builders Supply of Delmarva, Inc, 21528 Baltimore Ave, Georgetown, DE 19947-6376 |
| 30258000 | + | CRITIGAL SYSTEMS, LLC, C/O COHEN BALDINGER, ATTN: AUGUSTUS T. CURTIS, 2600 TOWER OAKS BLVD., STE. 103, ROCKVILLE, MD 20852-4281 |
| 30258001 | | CSC, 711 Centerville Rd, Wilmington, DE 19808 |
| 30451295 | + | Calvin B. Taylor Banking Company, c/o Alan M. Grochal, Esq., Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 30257993 | + | Capital Lighting Supply, 12850 Middlebrook Rd, Suite 225, Germantown, MD 20874-5279 |
| 30257994 | + | Card's Computers 11004, 11004 Manklin Measows Ln, Unit #1, Ocean Pines, MD 21811-9313 |
| 30730874 | + | Cards Technology, c/o Heather E. Stansbury, Esq., 6200 Coastal Highway, Suite 200, Ocean City, MD 21842-6697 |
| 30307606 | + | Caterpillar Financial Services Corporation, c/o Cara C. Murray, Esquire, Whiteford, Taylor & Preston LLP, Seven Saint Paul Street, 15th Floor, Baltimore, MD 21202-1636 |
| 30404768 | + | Christopher Pupillo, PO Box 323, 510 West Street, Clayton, DE 19938-0323 |
| 30257997 | + | Church Street Supply Co Inc., 6437 Church Street, Chincoteague, VA 23336-3401 |
| 30257999 | + | County Insulation, 461 New Churchman's Rd, New Castle, DE 19720-3186 |
| 30258003 | | DW Burt Const Co, c/o Ernest Cornbrook III, Esquire, 715 Broad Street, Salisbury, MD 21801 |
| 30258002 | + | Delmarva Power Bankruptcy Division, 5 Collins Drive,, Suite 2133 MailStop 84CP42, Carneys Point, NJ 08069-3600 |
| 30435771 | + | Eric Butler, 352 Carey Ave, Salisbury, MD 21804-5210 |
| 30258004 | | Exxon Mobile Fleet National, Wex Bank 6293, Carol Stream, IL 60197-6293 |
| 30404769 | + | Gerry Downes, 14070 Pepperbox Road, Delmar, DE 19940-4148 |
| 30258006 | + | Gilespe Precast LLC, c/o Stephen Z. Mehan, Esquire, 208 High Street, Suite 200, Chestertown, MD 21620-1518 |
| 30258007 | + | Grainger Inc., 303 S. Main Street, Lower Level, Mount Airy, MD 21771-5394 |
| 30515518 | + | H&B Products, 12500 Baltimore Avenue, Unit F, Beltsville, MD 20705-6353 |
| 30257990 | + | Interline Brands, Inc. dba Barnett, c/o Interline Brands, Inc. - Bankruptcy, 801 West Bay Street, Jacksonville, FL 32204-1605 |
| 30459728 | + | Island Hotel Properties, Inc., dba Hampton Inn & Suites, c/o David G. Sommer, Esq., Gallagher Evelius & Jones LLP, 218 N. Charles St., Suite 400 Baltimore, MD 21201-4033 |
| 30444072 | + | Jeff Smith, 36956 Purnell Crossing Road, Willards, MD 21874-1296 |
| 30444073 | + | Jose Gonzalez, PO Box 1174, Selbyville, DE 19975-1174 |

District/off: 0416-1                          User: admin                                    Page 2 of 5

Date Rcvd: Mar 19, 2026                       Form ID: pdfall                                Total Noticed: 90

| | | |
|---|---|---|
| 30444074 | + | Keven Conley, 4374 Nichols Road, Federalsburg, MD 21632-2321 |
| 30404773 | + | Kevin Scott, 20357 Duncan Manor Drive, Onancock, VA 23417-4319 |
| 30258009 | + | Merlin Business Bank, 300 Fellowship Rd., Mount Laurel, NJ 08054-1201 |
| 30274290 | + | National Funding, c/o Jack Fogelman, PrimeCor Group, 880 Marietta Hgwy #630, Roswell, Georgia 30075-6776 |
| 30258013 | + | Noland Company, c/o Robert G. Schuster, Esquire, 12850 Middlebrook Rd, Suite 225, Germantown, MD 20874-5279 |
| 30274672 | + | Noland Company - Salisbury, c/o Robert G. Shuster, Esq., 12850 Middlebrook Road, Suite 225, Germantown, Maryland 20874-5279 |
| 30258014 | + | Paul & Annette Sens, 11603 Bay Landing Drive, Berlin, MD 21811-2424 |
| 30258015 | + | Phoenix Metals, 1920 Portal Street, Baltimore, MD 21224-6513 |
| 30444076 | + | Pin Oaks Property, LLC, 10135 Pin oak Drive, Berlin, MD 21811-3404 |
| 30258017 | + | Pro Tab, 5021 Michaels Meadows Dr, Hampstead, MD 21074-2420 |
| 30258018 | + | Republic Services, 9140 Ocean Way, Delmar, MD 21875-2333 |
| 30404777 | + | Robert Hatfield, 28121 Pitts Creek Road, New Church, VA 23415-3535 |
| 30258019 | + | Roberts Oxygen Co., 7564 Standish Pl #100, Derwood, MD 20855-2769 |
| 30258052 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 30258021 | | Sherwin Williams, c/o DeHaan & Bach, 25 Whitney Drive Suite 106, Mikford, OH 46150 |
| 30258022 | + | State Auto Insurance, PO Box 182738, Columbus, OH 43218-2738 |
| 30444077 | + | Stewart Allen, 6950 E New Market/ Elwood Road, Hurlock, MD 21643-3345 |
| 30258023 | + | Sussex Lumber, PO Box 509, Millsboro, DE 19966-0509 |
| 30258024 | + | Tecta America East LLC, 302 S. Division Street, Fruitland, MD 21826-1908 |
| 30404779 | + | US Surety Co., 313 Lemon Hill Lane, Salisbury, MD 21801-4238 |
| 30258026 | | United Products Distr, Inc., 1200 86th Street, Rosedale, MD 21237 |
| 30287989 | + | United Products Distributors, Inc., Law Offices of Anthony J. DiPaula, P.A., 34 South Main Street, Bel Air, MD 21014-3703 |
| 31586302 | + | United States Surety Company and U. S., Specialty Insurance, Patrick M. Pike Esq., 600 Washington Avenue, Suite 303, Towson, MD 21204-3924 |
| 30258030 | + | Waldron of Maryland, Incorporated, c/o Max S. Stadfeld, Esquire, 7 St. Paul Street, 18th Floor, Baltimore, MD 21202-1639 |
| 30404780 | + | William Loughrey, 10780 Cathell Road, Berlin, MD 21811-3129 |
| 30435735 | + | michael conley, 809 n washington st, easton, MA 21601-3708 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Mar 19 2026 19:28:47 | Ford Motor Credit Company LLC, c/o Michael J. Klima, Jr., 8028 Ritchie Highway, Suite 300, Pasadena, MD 21122-1360 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 19:30:46 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: nadavis@hcc.com | Mar 19 2026 19:35:00 | U.S. Specialty Insurance Company, 13403 Northwest Parkway, Houston, TX 77040-6006 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 19 2026 19:35:00 | U.S. Trustee - Baltimore, 101 W. Lombard Street, Suite 2526, Baltimore, MD 21201-2668 |
| 30257988 | | Email/Text: bkfilings@zwickerpc.com | Mar 19 2026 19:35:00 | American Express, c/o Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |
| 30289745 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2026 19:30:46 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 30287988 | + | Email/Text: ajdipaula@dipaulalaw.com | Mar 19 2026 19:34:00 | Anthony J. DiPaula, Law Offices of Anthony J. DiPaula, P.A., 34 South Main Street, Bel Air, MD 21014-3703 |
| 30257995 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Mar 19 2026 19:34:00 | Cat Financial Services Corp, PO Box 13834, Newark, NJ 07188 |
| 30257998 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 19 2026 19:34:00 | Comptroller of Maryland, 110 Carroll Street, Annapolis, MD 21411 |
| 30258047 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 19 2026 19:34:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 30257992 | + | Email/Text: rlynch@taylorbank.com | Mar 19 2026 19:35:00 | Calvin B. Taylor Bank, 24 N. Main Street, Berlin, |

| | | | |
|---|---|---|---|
| | | | MD 21811-1029 |
| 30257996 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2026 19:30:37 | Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 30416656 + | Email/Text: tom@shaner-helf.com | Mar 19 2026 19:35:00 | Critical Systems, c/o Shaner & Helf, LLC, 7315 Wisconsin Avenue Suite 800 West, Bethesda, MD 20814-3202 |
| 30258053 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2026 19:34:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 30258005 | Email/Text: EBNBKNOT@ford.com | Mar 19 2026 19:35:00 | Ford Credit, National Bankruptcy Center, PO Box 62180, Colorado Springs, CO 80962 |
| 30383723 | Email/Text: EBNBKNOT@ford.com | Mar 19 2026 19:35:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 32731644 + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 19:30:37 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 30258011 + | Email/Text: jduty@nationalfunding.com | Mar 19 2026 19:35:00 | National Funding, 9820 Towne Centre Drive, San Diego, CA 92121-1912 |
| 30261957 | Email/Text: bankruptcy@bbandt.com | Mar 19 2026 19:35:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 30258020 + | Email/Text: bankruptcy@bbandt.com | Mar 19 2026 19:35:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 30258049 + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Mar 19 2026 19:35:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 30258050 | Email/Text: atlreorg@sec.gov | Mar 19 2026 19:35:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 30459764 + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 19 2026 19:35:00 | U.S. Trustee, 101 West Lombard Street #2625, Baltimore, MD 21201-2668 |
| 30258048 | Email/Text: usamd.bankruptcy@usdoj.gov | Mar 19 2026 19:34:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 30413361 + | Email/Text: ebn@hcc.com | Mar 19 2026 19:35:00 | United States Surety Company, U.S. Specialty Insurance Company, 801 South Figueroa St., Ste. 700, Los Angeles, CA 90017-2523 |
| 30258028 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 19 2026 19:34:00 | Verizon Landline, PO Box 4830, Trenton, NJ 08650-4830 |
| 30258029 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 19 2026 19:34:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 30258051 + | Email/Text: cmwatson@co.worcester.md.us | Mar 19 2026 19:34:00 | Worchester County Solicitor, Room 112 Courthouse, One West Market Street, Snow Hill, MD 21863-1188 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30404767 | | 2523, LLC, INVALID ADDRESS PROVIDED |
| 30444075 | | Nationwide Credit, INVALID ADDRESS PROVIDED |
| 30258016 | | Pitney Bowes, INVALID ADDRESS PROVIDED |
| 30258025 | | United Healthcare, INVALID ADDRESS PROVIDED |
| 30274291 | | Virginia Dept of Taxation |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| 30298075 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 30444078 | *+ | US Surety Co., 313 Lemon Hill Lane, Salisbury, MD 21801-4238 |
| 30258008 | ##+ | Industrial Lighting Holding Co., 8325 Patuxent Range Rd, Jessup, MD 20794-9314 |
| 30258010 | ##+ | Modern Controls Inc., 7 Bellecor Drive, New Castle, DE 19720-1763 |

TOTAL: 5 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan M. Grochal | agrochal@tydingslaw.com  pcoolbaugh@tydings.com |
| Augustus T Curtis | augie.curtis@cohenbaldinger.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| David Sommer | dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com |
| Eric G. Korphage | ekorphage@pikegilliss.com |
| Gerard R. Vetter | gerard.vetter@maryland.gov |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Marissa K Lilja | mlilja@tydingslaw.com  edondero@tydingslaw.com |
| Michael E. Crowson | mcrowson@lawislocal.com  ashaw@lawislocal.com,crowson.michaeleb128003@notify.bestcase.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Patrick Michael Pike | pikep@whiteandwilliams.com |
| Randall L. Hagen | rhagen@crowell.com  randy-hagen-5715@ecf.pacerpro.com |
| US Trustee - Baltimore | |

District/off: 0416-1                          User: admin                                Page 5 of 5
Date Rcvd: Mar 19, 2026                       Form ID: pdfall                            Total Noticed: 90

USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 15

District/off: 0416-1                          User: admin                                Page 5 of 5
Date Rcvd: Mar 19, 2026                       Form ID: pdfall                            Total Noticed: 90

USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 15

Entered: March 19th, 2026
Signed: March 18th, 2026

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SENS MECHANICAL, INC., | * | Case No. 17-20880 |
| | | Chapter 7 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING SECOND AND FINAL APPLICATION OF GORFINE,
SCHILLER & GARDYN, PA FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AS FINANCIAL AND TAX ADVISOR TO THE TRUSTEE
<u>FOR THE PERIOD OCTOBER 21, 2024 THROUGH FEBRUARY 16, 2026</u>**

Upon consideration of the Second and Final Application of Gorfine, Schiller & Gardyn, PA for Allowance of Compensation for Services Rendered as Financial and Tax Advisor for the Estate for the Period October 21, 2024 through February 16, 2026 (the "<u>Application</u>"), notice of the Application having been given, and no objections having been filed, it is, therefore, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Application is hereby GRANTED; and it is further

**ORDERED**, that the Application is hereby ALLOWED compensation in the total amount of $15,000.00 ("<u>Award</u>") in connection with the Applicant's representation as financial and tax

DCACTIVE-78856890.1

advisor for the Chapter 7 Trustee on behalf of the bankruptcy estate of Sens Mechanical, Inc.; and

it is further

**ORDERED**, that the Trustee is authorized to pay the Award to Applicant.

cc: Debtor – Sens Mechanical, Inc.
   Co-Counsel to Debtor – Richard H. Gins, Esquire
   Co-Counsel to Debtor – Daniel M. Press, Esquire
   Chapter 7 Trustee - Monique D. Almy, Esquire
   Counsel for Trustee – Randall L. Hagen, Esquire
   Office of the U.S. Trustee
   All creditors

**End of Order**

DCACTIVE-78856890.1