UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

In Re: §
§
Sens Mechanical,Inc. §        Case No. 17-20880
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Monique D. Almy, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 196,533.44 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 387,312.39 | Claims Discharged Without Payment: 12,254,955.85 |
| Total Expenses of Administration: 654,469.70 | |

3) Total gross receipts of $1,052,276.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $10,494.00 (see **Exhibit 2**), yielded net receipts of $1,041,782.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $211,652.08 | $2,978,233.60 | $2,827,393.85 | $382,247.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 657,253.70 | 654,469.70 | 654,469.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 43,646.67 | 9,858.56 | 8,858.56 | 5,065.34 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,989,612.43 | 11,081,644.18 | 11,056,684.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,244,911.18 | $14,726,990.04 | $14,547,406.68 | $1,041,782.09 |

4)  This case was originally filed under chapter  on 08/11/2017, and it was converted to chapter 7 on 11/21/2017.  The case was pending for 102 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2026 _____     By:/s/Monique D. Almy, Trustee _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable owed to Non-Debtor | 1121-000 | 10,494.00 |
| Machinery, equipment and vehicles | 1129-000 | 29,500.00 |
| Mechanical Contractor's materials | 1129-000 | 10,000.00 |
| Office furniture, fixtures & equipment | 1129-000 | 500.00 |
| Termed Grop Check Refund | 1129-000 | 1,782.09 |
| Legal malpractice claim v. Whiteford Taylor | 1229-000 | 1,000,000.00 |
| TOTAL GROSS RECEIPTS | | $1,052,276.09 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Addison Court Apartments | Non-Estate Funds Paid to Third Parties | 8500-002 | 10,494.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $10,494.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Funding | | 74,432.00 | NA | NA | 0.00 |
| 12 | Caterpillar Financial Services Corporation | 4210-000 | 6,385.00 | 28,019.85 | 0.00 | 0.00 |
| 14 | Ford Motor Credit Company LLC | 4210-000 | 70,143.63 | 65,691.40 | 0.00 | 0.00 |
| 15 | Ford Motor Credit Company LLC | 4210-000 | 49,108.42 | 45,991.37 | 0.00 | 0.00 |
| 1 | Sheffield Financial | 4210-000 | 11,583.03 | 11,137.13 | 0.00 | 0.00 |
| 17-1 | United States Surety Company | 4210-000 | 0.00 | 2,827,393.85 | 2,827,393.85 | 382,247.05 |
| TOTAL SECURED CLAIMS | | | $211,652.08 | $2,978,233.60 | $2,827,393.85 | $382,247.05 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Monique Desiree Almy | 2100-000 | NA | 54,503.46 | 54,503.46 | 54,503.46 |
| Monique Desiree Almy | 2200-000 | NA | 516.00 | 516.00 | 516.00 |
| Roy Sens | 2500-000 | NA | 64,983.71 | 64,983.71 | 64,983.71 |
| Union Bank | 2600-000 | NA | 105.13 | 105.13 | 105.13 |
| U.S. Trustee | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| Crowell & Moring LLP | 3110-000 | NA | 195,342.00 | 192,558.00 | 192,558.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Crowell & Moring LLP | 3120-000 | NA | 597.81 | 597.81 | 597.81 |
| Crowley, Hoge & Fein, P.C. | 3120-000 | NA | 141,666.67 | 141,666.67 | 141,666.67 |
| Henderson Law, LLC | 3210-000 | NA | 141,666.67 | 141,666.67 | 141,666.67 |
| Crowley, Hoge & Fein, P.C. | 3220-000 | NA | 3,030.37 | 3,030.37 | 3,030.37 |
| Henderson Law, LLC | 3220-000 | NA | 73.09 | 73.09 | 73.09 |
| Gorfine Schiller & Gardyn, P.A. | 3410-000 | NA | 24,000.00 | 24,000.00 | 24,000.00 |
| CBIZ | 3991-000 | NA | 26,033.55 | 26,033.55 | 26,033.55 |
| Irwin Reporting | 3991-000 | NA | 345.62 | 345.62 | 345.62 |
| Irwin Reporting - Thomas Collier, Jr. | 3991-000 | NA | 286.00 | 286.00 | 286.00 |
| Irwin Reporting Thomas C Beach, III | 3991-000 | NA | 460.18 | 460.18 | 460.18 |
| Kagan Stern | 3991-000 | NA | 2,561.25 | 2,561.25 | 2,561.25 |
| Veritext - Jonathan Kagan, Esq. | 3991-000 | NA | 757.19 | 757.19 | 757.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $657,253.70 | $654,469.70 | $654,469.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comptroller of Maryland | | 26,895.72 | NA | NA | 0.00 |
| | Jose Gonzalez | | 840.00 | NA | NA | 0.00 |
| | Keven Conley | | 160.00 | NA | NA | 0.00 |
| 26 | Eric Butler | 5300-000 | NA | 2,615.04 | 2,615.04 | 1,495.28 |
| 20 | Gerry Downes | 5300-000 | 1,080.00 | 1,080.00 | 1,080.00 | 617.54 |
| 25-2 | Michael Conley | 5300-000 | 11,583.03 | 2,080.00 | 2,080.00 | 1,189.35 |
| 29 | Stewart Allen | 5300-000 | 3,087.92 | 3,083.52 | 3,083.52 | 1,763.17 |
| 10-1 | Department Of The Treasury | 5800-000 | NA | 1,000.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $43,646.67 | $9,858.56 | $8,858.56 | $5,065.34 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Absolute Security | | 350.00 | NA | NA | 0.00 |
| | Aireco Supply | | 1,151.00 | NA | NA | 0.00 |
| | Card's Computers | | 10,078.45 | NA | NA | 0.00 |
| | Chase Bank | | 13,788.49 | NA | NA | 0.00 |
| | Church Street Supply Co Inc. | | 4,208.00 | NA | NA | 0.00 |
| | Cockey Brennan and Maloney | | 7,065.07 | NA | NA | 0.00 |
| | County Insulation | | 19,900.00 | NA | NA | 0.00 |
| | County Insulation | | 18,710.00 | NA | NA | 0.00 |
| | CSC | | 535.00 | NA | NA | 0.00 |
| | Delmarva Power | | 969.00 | NA | NA | 0.00 |
| | DW Burt Const Co | | 795,480.00 | NA | NA | 0.00 |
| | Exxon Mobile Fleet National | | 5,117.00 | NA | NA | 0.00 |
| | Gilespe Precast LLC | | 6,685.94 | NA | NA | 0.00 |
| | Grainger Inc. | | 1,545.49 | NA | NA | 0.00 |
| | Industrial Lighting Holding Co. | | 24,081.00 | NA | NA | 0.00 |
| | Modern Controls Inc. | | 1,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paul and Annette Sens | | 0.00 | NA | NA | 0.00 |
| | Phoenix Metals | | 927.50 | NA | NA | 0.00 |
| | Pitney Bowes | | 309.78 | NA | NA | 0.00 |
| | Republic Services | | 522.58 | NA | NA | 0.00 |
| | Roberts Oxygen Co. | | 4,997.00 | NA | NA | 0.00 |
| | Sherwin Williams | | 28,624.41 | NA | NA | 0.00 |
| | State Auto Insurance | | 4,151.00 | NA | NA | 0.00 |
| | Sussex Lumber | | 6,061.91 | NA | NA | 0.00 |
| | Tecta America East LLC | | 105,765.00 | NA | NA | 0.00 |
| | Verizon (landline) | | 100.72 | NA | NA | 0.00 |
| | Verizon (Wireless) | | 1,600.00 | NA | NA | 0.00 |
| | Waldron of Maryland, Incorporated | | 28,426.00 | NA | NA | 0.00 |
| 2 | Alban Tractor Co. | 7100-000 | 1,836.42 | 2,018.62 | 2,018.62 | 0.00 |
| 9 | American Express Bank FSB | 7100-000 | 24,638.07 | 24,628.07 | 24,628.07 | 0.00 |
| 6 | AutoZone Inc. | 7100-000 | 539.00 | 539.25 | 539.25 | 0.00 |
| 5 | Bel Air Road Supply Co., Inc. | 7100-000 | 6,018.00 | 6,102.32 | 6,102.32 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Builders Supply Of Delmarva, Inc | 7100-000 | NA | 27,364.16 | 27,364.16 | 0.00 |
| 27 | Calvin B. Taylor Banking Company | 7100-000 | 335,602.88 | 323,014.23 | 323,014.23 | 0.00 |
| 7 | Capital Lighting & Supply, LLC | 7100-000 | 3,892.00 | 3,931.93 | 3,931.93 | 0.00 |
| 33-1 | Cards Technology | 7100-000 | NA | 22,879.61 | 0.00 | 0.00 |
| 33-2 | Cards Technology | 7100-000 | NA | 22,879.61 | 22,879.61 | 0.00 |
| 21 | Christopher Pupillo | 7100-000 | 880.00 | 880.00 | 880.00 | 0.00 |
| 18 | Critical Systems, LLC | 7100-000 | 404,050.00 | 392,250.20 | 392,250.20 | 0.00 |
| 11 | Delmarva Power | 7100-000 | NA | 6,994.58 | 6,994.58 | 0.00 |
| 10-2 | Department Of The Treasury | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 14-2 | FORD MOTOR CREDIT COMPANY, LLC | 7100-000 | NA | 21,154.39 | 21,154.39 | 0.00 |
| 32 | H&B Products | 7100-000 | NA | 5,049.84 | 5,049.84 | 0.00 |
| 13 | Interline Brands, Inc. Dba Barnett | 7100-000 | 3,908.00 | 3,580.05 | 3,580.05 | 0.00 |
| 30 | Island Hotel Properties, Inc. | 7100-000 | NA | 926,511.56 | 926,511.56 | 0.00 |
| 28 | Jeff Smith | 7100-000 | 832.00 | 1,044.00 | 1,044.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | Kevin Scott | 7100-000 | 1,288.00 | 1,288.00 | 1,288.00 | 0.00 |
| 16 | Merlin Business Bank | 7100-000 | 315.69 | 2,595.13 | 2,595.13 | 0.00 |
| 25-1 | Michael Conley | 7100-000 | 1,456.00 | 2,080.00 | 0.00 | 0.00 |
| 3 | Noland Company - Salisbury | 7100-000 | 78,284.00 | 73,384.20 | 73,384.20 | 0.00 |
| 4 | Pro Tab | 7100-000 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 24 | Robert Hatfield | 7100-000 | 1,056.00 | 1,056.00 | 1,056.00 | 0.00 |
| 8 | United Products Distributors, Inc. | 7100-000 | 16,183.00 | 15,456.36 | 15,456.36 | 0.00 |
| 17-2 | United States Surety Company | 7100-000 | 11,583.03 | 9,189,862.07 | 9,189,862.07 | 0.00 |
| 23 | William Loughrey | 7100-000 | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,989,612.43 | $11,081,644.18 | $11,056,684.57 | $0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-20880 | TJC | Judge: | Thomas J. Catliota | | Trustee Name: | Monique D. Almy, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Sens Mechanical,Inc. | | | | | Date Filed (f) or Converted (c): | 11/21/2017 (c) |
| | | | | | | 341(a) Meeting Date: | 02/14/2018 |
| For Period Ending: | 04/03/2026 | | | | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Accounts Receivable owed to Non-Debtor  (u) | 0.00 | 10,494.00 | | 10,494.00 | FA |
| 2.  Farmers Bank of Willards Checking | 17,333.29 | 0.00 | | 0.00 | FA |
| 3.  Accounts Receivable 90 days old or less | 40,690.15 | 0.00 | | 0.00 | FA |
| 4.  Mechanical Contractor's materials | 53,940.00 | 10,000.00 | | 10,000.00 | FA |
| 5.  Office furniture, fixtures & equipment | 2,570.00 | 500.00 | | 500.00 | FA |
| 6.  Machinery, equipment and vehicles | 82,000.00 | 29,500.00 | | 29,500.00 | FA |
| 7.  2523 N. Salisbury Blvd., leased premises | 138,510.00 | 0.00 | | 0.00 | FA |
| 8.  Termed Grop Check Refund (u) | 0.00 | 1,782.09 | | 1,782.09 | FA |
| 9.  Legal malpractice claim v. Whiteford Taylor (u) | Unknown | 100,000.00 | | 1,000,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $335,043.44 | $152,276.09 | | $1,052,276.09 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated the sale of the assets.  However, there was an arguably avoidable lien that exceeded the value of the assets.  Trustee was able to get the UCC released without litigation.  A Motion to Sell was filed on 5/31/18.

4/19 - TFR Approved.  Filed with the Court 4/11/19.

8/14/19 - Case as originally administered by Trustee was closed.

March 29, 2020 – Debtor filed motion to reopen case (Doc. 119), along with amended Schedules A & B (Doc. 120).  Debtor had filed a complaint on 2/28/20 in Howard County Circuit Court.

June 2, 2020 – Court issues order reopening case and reappointing Chapter 7 trustee (Doc. 123)

July 28, 2020 – Trustee files application to employ Crowley, Hoge and Fein and Henderson Law Firm as special litigation counsel to trustee (Doc. 126)

August 3, 2020 – Trustee files motion to approve allocation agreement with Sens parties (Doc. 127)

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Exhibit 8

August 21, 2020 – Court approves application to employ special litigation counsel (Doc. 128)

October 8, 2020 – Hearing on motion to approve allocation agreement (Doc. 133); on the same day court enters consent order approving allocation agreement (Doc. 134)

7/28/21 - Trustee filed her Application to Employ Special Litigation Counsel to pursue the malpractice action.

ADVERSARY PROCEEDING 20-00149:

May 8, 2020 – Adversary complaint filed (Doc. 1)

May 8, 2020 – Motion to Dismiss filed by Whiteford (Doc. 3)

July 28, 2020 – Amended Complaint filed by Trustee and Sens Parties (Doc. 24)

September 8, 2020 – Court issued order to show cause why it should not abstain from adversary proceeding (Doc. 27)

September 22, 2020 – Response to Show Cause Order filed by Whiteford (Doc. 29)

September 30, 2020 -- Response to Show Cause Order filed by Trustee and Sens Parties (Doc. 30)

October 15, 2020 – Court entered consent order on discovery and briefing schedule re any motion to dismiss (Doc. 38)

November 13, 2020 – New motion to dismiss filed by Whiteford (Doc. 40)

December 4, 2020 – Opposition to motion to dismiss filed by Trustee and Sens Parties (Doc. 43)

January 6, 2021 – Response to opposition filed by Whiteford (Doc. 44)

January 22, 2021 – Hearing held on motion to dismiss (Doc. 47)

January 27, 2021 – Court entered order for post-hearing briefing (Doc. 48)

February 16, 2021 – Post-hearing briefs filed by Plaintiffs (Doc. 51) and Defendant (Doc. 52)

March 31, 2021 - We are currently waiting on the Court's decision on Whiteford's motion to dismiss.

April 8, 2022 - * - 9/30/21 – Bankr. Court issued order remanding case to Circuit Court for Howard County to determine preliminary issues (Doc. 56) (order later vacated; see below Doc. 86)

10/1/21 – Bankr. Court issued notice to Circuit Court for Howard County regarding remand (Doc. 57)

10/15/21 – Whiteford filed motion to vacate remand order (Doc. 72)

10/25/21 – After status hearing (Doc. 75), Bankr. Court issued scheduling order for briefing and hearing on motion to vacate (Doc. 76)

10/29/21 – Sens Parties filed opposition to Whiteford motion to vacate (Doc. 81)

11/4/21 – Whiteford filed reply to Sens Parties' opposition (Doc. 84)

11/12/21 – Bankr. Court held hearing on Whiteford motion to vacate (Doc. 85)

11/18/21 – Bankr. Court issued order granting motion to vacate (Doc. 86)

11/18/21 – Bankr. Court issued order determining agreed upon preliminary issues, specifically, that the Sens Parties' adversary was timely filed and the Trustee was properly substituted as plaintiff; consequently, ordered that adversary is remanded to Circuit Court for Howard County but the remand is stayed until this order is final and non-appealable (Doc. 87)

11/19/21 – Whiteford filed notice of appeal Bankr. Court's 11/18/21 order to District Court (Doc. 90)

11/22/21 – Record transmitted to District Court (Doc. 94)

12/10/21 – District Court consolidated Whiteford appeals (Doc. 97)

Exhibit 8

At this point, we are awaiting on the District Court to rule on Whiteford's appeal.

12/21/21 – Whiteford filed Appellants' Brief (Doc. 15)
1/20/22 – Sens Parties filed Appellees' Brief (Doc. 17)
2/14/22 – Whiteford filed Reply Brief (Doc. 20)
7/29/22 – District Court AFFIRMS Bankruptcy Court decision from 11/18/21 (Doc. 22)
8/5/22 – Whiteford filed notice of appeal of District Court's 7/29/22 order to Fourth Circuit (Doc. 23)
10/14/22 – Whiteford filed Opening Brief in Fourth Circuit appeal
11/16/22 – Sens Parties filed Response Brief
12/6/22 – Whiteford filed Reply Brief
2/10/23 – Fourth Circuit Order that paper briefs be filed by parties
2/22/23 – Parties filed paper briefs with Fourth Circuit
At this point, we are simply waiting for the Fourth Circuit to rule.  Note that there are no docket numbers in the Fourth Circuit.

11/9/23 --The 4th Circuit upheld the district court, which upheld the bankruptcy court's ruling (in our favor) on the statute of limitations issue.

2/22/24 - Order entered directing the Remand of This Proceeding to the Circuit Court for Howard County, Maryland.

4/7/25-4/18/25 Two week jury trial in Howard Co. scheduled to litigate the Whiteford claim. A mediator was brought in to work with the parties to try and settle the case short of a trial. On 3/4/25 a settlement was tentatively reached. The settlement is subject to bankruptcy court approval. The settlement is shared with a non-Debtor entity 50/50 (as documented in an order), less litigation counsel fees, reimbursement of out of pocket expenses. The amounts that will be paid to the estate are claimed as the collateral of the surety. In addition to it's proof of claim, this was also documented in an objection and resolution filed when the parties agreed to the 50/50 sharing of proceeds. This will all be documented in the motion submitted to the court for approval.

8/1/25-Trustee's Motion for Approval and Compromise of the settlement, with affidavit in support, proposed order and notice thereof (see Doc. 149), was approved by the Court on August 1, 2025 (see Doc. 151).
9/17/25-Proceeds from the settlement were received and deposited by the Trustee
11/13/25-Government reopens allowing filing of TFR

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

RE PROP #    1    --    Accounts receivable owed to Non-Debtor Addison Court Apartments, inadvertently paid to Debtor.

Exhibit 8

1, 4, 6, 8 - All administered during original case which was closed 8/14/19

RE PROP #    9    --    In the reopened case, the legal malpractice claim is the only asset. The settlement proceeds are detailed as follows:

Gross Settlement Amount: $1,000,000.00
Less: Plaintiff Attorney's Fees: $283,333.34
a. Henderson Law, LLC: $141,666.67
b. Crowley, Hoge & Fein, P.C.: $141,666.67
c. Less: Expenses: $3,103.46
a. Henderson Law, LLC: approximately ½ of $146.17
b. Crowley, Hoge & Fein, P.C.: ½ of $6,060.74
c. Less: Reimbursement of Roy Sens' Expenses: $64,983.71
Less: Payment to Vendors/Experts: $30,443.79 (1/2 of $60,887.58)
a. Irwin Reporting – Thomas C. Beach, III, Esquire: $920.35;
b. Irwin Reporting – Thomas Collier, Jr.: $572.00;
c. Veritext – Jonathan Kagan, Esquire: $1,514.38;
d. Kagan Stern - $5,122.50;
e. CBIZ - $52,067.10; and
f. Irwin Reporting –$691.25.
Net Amount  deposited to Monique D. Almy, Chapter 7 Trustee for Sens Mechanical, Inc
account available for distribution and payment of expenses.: $618,135.70

Initial Projected Date of Final Report (TFR): 12/15/2018          Current Projected Date of Final Report (TFR): 11/13/2025

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-20880

Case Name: Sens Mechanical,Inc.

Trustee Name: Monique D. Almy, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7115

Checking

Exhibit 9

Taxpayer ID No: XX-XXX2825

For Period Ending: 04/03/2026

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/26/18 | 1 | Sens Service, Inc. P.O. Box 985 Berlin, MD  21811 | Accounts Receivable owed to Non-Debtor entity | 1121-000 | $10,494.00 | | $10,494.00 |
| 05/10/18 | 101 | Addison Court Apartments 416 E. North Pointe Drive Salisbury, MD  21804 | Non-Bankruptcy Estate Property Pursuant to Order entered 4/13/18 | 8500-002 | | $10,494.00 | $0.00 |
| 05/15/18 | 8 | United Healthcare Svs Inc. 601 Brooker Creek Blvd Oldsmar, FL  34677-2962 | Termed Group Check Refund | 1129-000 | $1,782.09 | | $1,782.09 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,767.09 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,752.09 |
| 06/29/18 | | Calvin B. Taylor Banking Company 24 N. Main Street Berlin, MD  21811 | sale of Hard Assets | | $40,000.00 | | $41,752.09 |
| | | | Gross Receipts $40,000.00 | | | | |
| | 4 | | Mechanical Contractor's materials $10,000.00 | 1129-000 | | | |
| | 5 | | Office furniture, fixtures & equipment $500.00 | 1129-000 | | | |
| | 6 | | Machinery, equipment and vehicles $29,500.00 | 1129-000 | | | |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $41,737.09 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.13 | $41,676.96 |
| 01/02/19 | 102 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC  20004 | Distribution | | | $21,842.41 | $19,834.55 |
| | | Crowell & Moring LLP | ($58.41) | 3120-000 | | | |
| | | | Page Subtotals: | | $52,276.09 | $32,441.54 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-20880
Case Name: Sens Mechanical,Inc.

Trustee Name: Monique D. Almy, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX7115
Checking

Taxpayer ID No: XX-XXX2825
For Period Ending: 04/03/2026

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Crowell & Moring LLP | ($21,784.00) | 3110-000 | | | |
| 01/09/19 | | Transfer to Acct # xxxxxx0084 | Transfer of Funds | 9999-000 | | $19,834.55 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $52,276.09 | $52,276.09 |
| Less: Bank Transfers/CD's | $0.00 | $19,834.55 |
| Subtotal | $52,276.09 | $32,441.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $52,276.09 | $32,441.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page Subtotals: $0.00    $19,834.55

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 17-20880 | Trustee Name: Monique D. Almy, Trustee | |
| Case Name: Sens Mechanical,Inc. | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0084 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2825 | Blanket Bond (per case limit): $3,000,000.00 | |
| For Period Ending: 04/03/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/19 | | Transfer from Acct # xxxxxx7115 | Transfer of Funds | 9999-000 | $19,834.55 | | $19,834.55 |
| 06/05/19 | 2001 | Monique D. Almy 1001 Pennsylvania Avenue, N.W. Washington, DC  20004 | Distribution | | | $5,444.21 | $14,390.34 |
| | | Monique D. Almy | Final distribution creditor               ($4,928.21) account # representing a payment of 100.00 % per court order. | 2100-000 | | | |
| | | Monique D. Almy | Final distribution creditor                  ($516.00) account # representing a payment of 100.00 % per court order. | 2200-000 | | | |
| 06/05/19 | 2002 | U.S. Trustee 101 West Lombard Street #2625 Baltimore, MD  21201 Attn:  Susan Balderson | Final distribution to claim 31 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $325.00 | $14,065.34 |
| 06/05/19 | 2003 | Gorfine, Schiller & Gardyn, P.A. 10045 Red Run Blvd, Suite 250 Owings Mills, MD  21117 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $9,000.00 | $5,065.34 |
| 06/05/19 | 2004 | Gerry Downes 14070 Pepperbox Road Delmar, DE 19940 | Final distribution to claim 20 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $548.07 | $4,517.27 |
| 06/05/19 | 2005 | Michael Conley 809 N Washington St Easton, MD   21601 | Final distribution to claim 25 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $1,055.55 | $3,461.72 |
| 06/05/19 | 2006 | Eric Butler 352 Carey Ave Salisbury, MD  21804 | Final distribution to claim 26 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $1,327.07 | $2,134.65 |
| 06/05/19 | 2007 | Stewart Allen 6950 E New Market/ Elwood Road Hurlock, MD  21643 | Final distribution to claim 29 creditor account # representing a payment of 57.18 % per court order. | 5300-000 | | $1,564.80 | $569.85 |

| | | | Page Subtotals: | | $19,834.55 | $19,264.70 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-20880
Case Name: Sens Mechanical,Inc.

Trustee Name: Monique D. Almy, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0084
Checking

Taxpayer ID No: XX-XXX2825
For Period Ending: 04/03/2026

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/19 | 2008 | U.S. Treasury IRS P.O. Box 804521 Cincinnati, OH 45280-4522 | Distribution | | | $30.40 | $539.45 |
| | | U.S. Treasury | Federal Unemployment Tax ($3.71) | 5300-000 | | | |
| | | U.S. Treasury | Federal Unemployment Tax ($7.14) | 5300-000 | | | |
| | | U.S. Treasury | Federal Unemployment Tax ($8.97) | 5300-000 | | | |
| | | U.S. Treasury | Federal Unemployment Tax ($10.58) | 5300-000 | | | |
| 06/05/19 | 2009 | U.S. Treasury IRS PO Box 804522 Cincinnati, OH 45280-4522 | Distribution | | | $314.06 | $225.39 |
| | | U.S. Treasury | FICA tax ($109.32) | 5300-000 | | | |
| | | U.S. Treasury | FICA tax ($92.71) | 5300-000 | | | |
| | | U.S. Treasury | FICA tax ($73.74) | 5300-000 | | | |
| | | U.S. Treasury | FICA tax ($38.29) | 5300-000 | | | |
| 06/05/19 | 2010 | Maryland Unemployment Insurance Fund State of Maryland Department of Labor, Licensing & Regulations P.O. Box 17291 Baltimore, MD 21297-0365 | Distribution | | | $151.97 | $73.42 |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax ($18.53) | 5300-000 | | | |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax ($35.68) | 5300-000 | | | |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax ($44.86) | 5300-000 | | | |
| | | Maryland Unemployment Insurance Fund | Maryland Unemployment tax ($52.90) | 5300-000 | | | |

Page Subtotals:                                                                    $0.00          $496.43

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-20880

Case Name: Sens Mechanical,Inc.

Taxpayer ID No: XX-XXX2825

For Period Ending: 04/03/2026

Trustee Name: Monique D. Almy, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0084

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/19 | 2011 | U.S. Treasury IRS PO Box 804522 Cincinnati, OH 45280-4522 | Distribution | | | $73.42 | $0.00 |
| | | U.S. Treasury | Medicare ($25.57) | 5300-000 | | | |
| | | U.S. Treasury | Medicare ($21.67) | 5300-000 | | | |
| | | U.S. Treasury | Medicare ($17.24) | 5300-000 | | | |
| | | U.S. Treasury | Medicare ($8.94) | 5300-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $19,834.55 | $19,834.55 |
| Less: Bank Transfers/CD's | $19,834.55 | $0.00 |
| Subtotal | $0.00 | $19,834.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $19,834.55 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals:     $0.00     $73.42

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-20880
Case Name: Sens Mechanical,Inc.

Trustee Name: Monique D. Almy, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0647
Checking

Taxpayer ID No: XX-XXX2825
For Period Ending: 04/03/2026

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/25 | | Henderson Law, LLC 2127 Espey Court, Suite 204 Crofton, MD 21114 | Settlement | | $618,135.70 | | $618,135.70 |
| | | | Gross Receipts $1,000,000.00 | | | | |
| | | Henderson Law, LLC | Attorneys Fees ($141,666.67) | 3210-000 | | | |
| | | Crowley, Hoge & Fein, P.C. | Attorneys Fees ($141,666.67) | 3120-000 | | | |
| | | Henderson Law, LLC | Attorney Expenses ($73.09) | 3220-000 | | | |
| | | Crowley, Hoge & Fein, P.C. | Attorney Expenses ($3,030.37) | 3220-000 | | | |
| | | Roy Sens | Roy Sens' Expenses ($64,983.71) | 2500-000 | | | |
| | | Irwin Reporting Thomas C Beach, III | Vendor/Expert fees ($460.18) | 3991-000 | | | |
| | | Irwin Reporting - Thomas Collier, Jr. | Vendor/Expert fees ($286.00) | 3991-000 | | | |
| | | Veritext - Jonathan Kagan, Esq. | Vendor/Expert fees ($757.19) | 3991-000 | | | |
| | | Kagan Stern | Vendor/Expert fees ($2,561.25) | 3991-000 | | | |
| | | CBIZ | Vendor/Expert fees ($26,033.55) | 3991-000 | | | |
| | | Irwin Reporting | Vendor/Expert fees ($345.62) | 3991-000 | | | |
| | 9 | | Legal malpractice claim v. Whiteford Taylor $1,000,000.00 | 1229-000 | | | |
| 12/18/25 | 3001 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Distribution | | | $171,313.40 | $446,822.30 |
| | | Crowell & Moring LLP | ($170,774.00) | 3110-000 | | | |
| | | Crowell & Moring LLP | ($539.40) | 3120-000 | | | |

Page Subtotals: $618,135.70   $171,313.40

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-20880
Case Name: Sens Mechanical,Inc.

Trustee Name: Monique D. Almy, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0647
Checking

Taxpayer ID No: XX-XXX2825
For Period Ending: 04/03/2026

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/25 | 3002 | Monique Desiree Almy CROWELL & MORING 1001 PENNSYLVANIA AVENUE, N.W., 10TH FL WASHINGTON, DC 20004-2595 | Final distribution creditor account # representing a payment of 90.96% per court order. | 2100-000 | | $49,575.25 | $397,247.05 |
| 12/29/25 | 3003 | Gorfine Schiller & Gardyn, P.A. 10045 Red Run Blvd, Suite 250 Owings Mills, MD 21117 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3310-000 | | $15,000.00 | $382,247.05 |
| 12/29/25 | 3004 | United States Surety Company U.S. Specialty Insurance Company 801 South Figueroa St., Ste. 700 Los Angeles, CA 90014 Attn: Patrick Laverty | Final distribution to claim 17 creditor account # representing a payment of 13.52% per court order. | 4210-000 | | $382,247.05 | $0.00 |
| 03/20/26 | 3003 | Gorfine Schiller & Gardyn, P.A. 10045 Red Run Blvd, Suite 250 Owings Mills, MD 21117 | Final distribution creditor account # representing a payment of 100.00% per court order. Reversal Accountant took too long to file fee app so check couldn't be mailed. They finally filed it and it was approved after the 90 day period elapsed for this check. Will have to reissue. | 3310-000 | | ($15,000.00) | $15,000.00 |
| 03/20/26 | 3005 | Gorfine Schiller & Gardyn, P.A. 10045 Red Run Blvd, Suite 250 Owings Mills, MD 21117 | Accountant fees | 3410-000 | | $15,000.00 | $0.00 |

| | | | COLUMN TOTALS | $618,135.70 | $618,135.70 |
|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | | | Subtotal | $618,135.70 | $618,135.70 |
| | | | Less: Payments to Debtors | $0.00 | $0.00 |
| | | | Net | $618,135.70 | $618,135.70 |

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

Page Subtotals: $0.00   $446,822.30

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0084 - Checking | $0.00 | $19,834.55 | $0.00 |
| XXXXXX0647 - Checking | $618,135.70 | $618,135.70 | $0.00 |
| XXXXXX7115 - Checking | $52,276.09 | $32,441.54 | $0.00 |
| | $670,411.79 | $670,411.79 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $381,864.30 |
| Total Net Deposits: | $670,411.79 |
| Total Gross Receipts: | $1,052,276.09 |

Page Subtotals:                    $0.00          $0.00